FILED

2003 OCT 15 P 12: 26

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | October 14, 2003 |

### MOTION FOR DEFAULT
### FOR FAILURE TO PLEAD

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Plaintiffs hereby move for default against the defendant Patrons Mutual Insurance Company of Connecticut for its failure to plead as required by Rule 12 of the Federal Rules of Civil Procedure. The parties entered into a scheduling order by way of the Planning Meeting Report dated August 7, 2003. Said agreement requires the defendant to file a response to the compliant by October 1, 2003. To date no response has been received by undersigned counsel for the plaintiffs.

Wherefore the Plaintiffs respectfully request the Court to enter a default against the defendant for its failure to plead to the plaintiffs' complaint in a timely fashion.

THE PLAINTIFF,

BY _____
Cheryl E. Heffernan
Law Office of Cheryl E. Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 14th day of October 2003 to:

Joel J. Rottner, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT 06134-0890

_____
Cheryl E. Hefferman