FILED

2003 OCT 21  P 12:24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| V. | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | OCTOBER 20, 2003 |

### REQUEST FOR PERMISSION TO AMEND ANSWER

The defendant requests permission to amend its answer by adding a "set off" and by adding to the Affirmative Defenses the response to the fact that the defendant paid $20,000 to the plaintiffs. A copy of the amended answer with "set off" is attached hereto.

         DEFENDANT, PATRONS MUTUAL
         INSURANCE COMPANY

By_____
  Joel J. Rottner
  Skelley Rottner P.C.
  P.O. Box 340890
  Hartford, CT  06134-0890
  (860) 561-7077
  Federal Bar No. ct05612

## CERTIFICATION

      I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on, October 20, 2003, to the following counsel of record:

Cheryl E. Heffernan
Law Office of Cheryl E. Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518

                                                                                       Joel J. Rottner

SR/212589

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693