03 CV 1009 permAmdAns

FILED

2003 OCT 21  P 12: 24

U.S.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOSEPH ATTIAS & HAIM ATTIAS     :     CIVIL ACTION NO.
    :     3:03 CV 01009 (SRU)
    :
    :
V.     :
    :
PATRONS MUTUAL INSURANCE     :
COMPANY OF CONNECTICUT     :     OCTOBER 20, 2003

### REQUEST FOR PERMISSION TO AMEND ANSWER

The defendant requests permission to amend its answer by adding a "set off" and by

adding to the Affirmative Defenses the response to the fact that the defendant paid $20,000 to

the plaintiffs. A copy of the amended answer with "set off" is attached hereto.

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY

By_____
    Joel J. Rottner
    Skelley Rottner P.C.
    P.O. Box 340890
    Hartford, CT 06134-0890
    (860) 561-7077
    Federal Bar No. ct05612

*Granted. The clerk shall docket the Amended Answer. So ordered.* [handwritten] *WAJ 10/28/03*