FILED

2003 OCT 30 P 12: 20

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | October 28, 2003 |

**MOTION FOR MORE DEFINITE STATEMENT**

Pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, the Plaintiffs hereby move for a more definite state, regarding those aspects of the defendant's affirmative defenses and counterclaim dated October 24,2 003 hereinafter specified, in order to permit an intelligible basis for the filing of a responsive pleading:

1.    RE:  Counterclaim

A.  The plaintiff requests an articulation as to the contractual and /or other legal basis under which the defendant's counterclaim is based as to the recovery of monies paid to the mortgagee bank.

Reasoning in Support of This Request:  The counterclaim as currently plead is conclusatory in nature and does not meet even the minimum notice requirements of the Federal Rules of Civil Procedure. There is no way for the plaintiffs to determine the basis under which this counterclaim has been brought.  In order for the plaintiff to evaluate the necessity or appropriateness of posing or preserving certain defendant, including the "failure to state a claim upon which relief can be granted" requests the defendant to set forth the contractual and/or other legal basis for the claim for recovery of monies paid to the mortgagee bank.

B.  The plaintiff requests an articulation as to the contractual and /or other legal basis under which the defendant's counterclaim is based as to the recovery of interest on monies paid to the mortgagee bank.

<u>Reasoning in Support of This Request</u>:  The counterclaim as currently plead is conclusatory in nature and does not meet even the minimum notice requirements of the Federal Rules of Civil Procedure. There is no way for the plaintiffs to determine the basis under which this counterclaim has been brought.  In order for the plaintiff to evaluate the necessity or appropriateness of posing or preserving certain defendant, including the "failure to state a claim upon which relief can be granted" requests the defendant to set forth the contractual and/or other legal basis for the claim for recovery of interest monies paid to the mortgagee bank.

C. The plaintiff requests an articulation as to the contractual and /or other legal basis under which the defendant's counterclaim is based as to the recovery of the costs incurred in investigating the plaintiffs' claim.

<u>Reasoning in Support of This Request</u>:  The counterclaim as currently plead is conclusatory in nature and does not meet even the minimum notice requirements of the Federal Rules of Civil Procedure. There is no way for the plaintiffs to determine the basis under which this counterclaim has been brought.  In order for the plaintiff to evaluate the necessity or appropriateness of posing or preserving certain defendant, including the "failure to state a claim upon which relief can be granted" requests the defendant to set forth the contractual and/or other legal basis for the claim for recovery of the costs incurred in investigating the plaintiffs' claim.

THE PLAINTIFF,

BY _____
Cheryl E. Heffernan
Law Office of Cheryl E. Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 28th day of October 2003 to:

Joel J. Rottner, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

_____
Cheryl E. Heffernan

3