2003 OCT 27  P 12: 53

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| V. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | OCTOBER 24, 2003 |

### SUBSTITUTED REQUEST FOR PERMISSION
### TO AMEND ANSWER

The defendant requests permission to amend its answer by adding a "set off"; by adding to the Affirmative Defenses the fact that the defendant paid $20,000 to the plaintiffs; by amending the pleadings to reflect a $114,000 payment to the mortgagee bank; by amending to the third affirmative defense the applicable policy language; and by adding a fifth affirmative defense. A copy of the substituted amended answer is attached hereto.

SR/212778/bsw

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693

DEFENDANT, PATRONS MUTUAL<br>
INSURANCE COMPANY

By _____
Joel J. Rottner
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT 06134-0890
(860) 561-7077
Federal Bar No. ct05612

## CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on October 24, 2003, to the following counsel of record:

Attorney Cheryl E. Heffernan
Law Office of Cheryl E. Heffernan
2842 Old Dixwell Avenue
Hamden, CT 06518

_____
Joel J. Rottner

- 2 -