UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS : | CIVIL ACTION NO. |
| : | 3:03 CV 01009 (SRU) |
| VS. : | |
| : | |
| PATRONS MUTUAL INSURANCE : | |
| COMPANY OF CONNECTICUT : | NOVEMBER 11, 2003 |

### APPEARANCE

TO:   CLERK, UNITED STATES DISTRICT COURT
      915 Lafayette Boulevard
      Bridgeport, CT  06604

Please enter the appearance of Heather Adams-Beman for the defendant, PATRONS MUTUAL INSURANCE COMPANY OF CONNECTICUT, in the above-entitled action.

Respectfully submitted,

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY

By_____
Heather Adams-Beman
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT  06134-0890
(860) 561-7077
Federal Bar No. ct24091

SR/213517/bsw

## CERTIFICATION

I hereby certify that a copy of the above Appearance was mailed via U.S. Mail, postage prepaid, on November 11, 2003, to the following counsel of record:

Attorney Cheryl E. Heffernan
Law Office of Cheryl E. Heffernan
2842 Old Dixwell Avenue
Hamden, CT 06518

                                                  _____
                                                  Heather Adams-Beman