FILED
2003 OCT 27 P 12:53

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| V. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | OCTOBER 24, 2003 |

FILED 2003 NOV 13 A 11:52 US DISTRICT COURT BRIDGEPORT CT

### DEFENDANT'S WITHDRAWAL OF REQUEST FOR PERMISSION TO AMEND ANSWER, DATED OCTOBER 20, 2003

Patrons Mutual Insurance Company of Connecticut, the defendant in the above-captioned matter, hereby withdraws its Request for Permission to Amend Answer, dated October 20, 2003.

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY

By _____
Joel J. Rottner
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT 06134-0890
(860) 561-7077
Federal Bar No. ct05612

SR/212777/bsw

*Denied as moot. So ordered. 11/13/03*