FILED

2003 OCT 27 P 12: 53

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| V. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | OCTOBER 24, 2003 |

### SUBSTITUTED REQUEST FOR PERMISSION
### TO AMEND ANSWER

The defendant requests permission to amend its answer by adding a "set off"; by adding to the Affirmative Defenses the fact that the defendant paid $20,000 to the plaintiffs; by amending the pleadings to reflect a $114,000 payment to the mortgagee bank; by amending to the third affirmative defense the applicable policy language; and by adding a fifth affirmative defense. A copy of the substituted amended answer is attached hereto.

FILED
2003 NOV 13 A 11: 5
US DISTRICT COURT
BRIDGEPORT CT

*Granted. The clerk shall docket the substituted amended answer. So ordered.*
*[signature] 11/13/03*

SR/212778/bsw

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693