UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS : | CIVIL ACTION NO. |
| VS. : | 3:03 CV 01009 (SRU) |
| : | |
| PATRONS MUTUAL INSURANCE : | |
| COMPANY OF CONNECTICUT : | JANUARY 12, 2004 |

### REQUEST FOR PERMISSION TO AMEND ANSWER

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the defendant in the above referenced matter, Patrons Mutual Insurance Company of Connecticut, hereby requests leave of the Court to amend its Counterclaim to conform with the Court's ruling of December 17, 2003, and to amend the Affirmative Defenses to conform to the evidence which will be presented at trial. A copy of the proposed amended pleading is attached hereto.

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY

By _____
Heather J. Adams-Beman
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT 06134-0890
Tel. (860) 561-7077
Fax (860) 561-7088
Federal Bar No. ct24091

SR/215180/hab

## CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on January 12, 2004, to the following counsel of record:

Attorney Cheryl E. Heffernan
Law Office of Cheryl E. Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518


_____
Heather J. Adams-Beman

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693