```
                                                            FILED

                                                        2004 JAN 16  P 12: 42

                                                        US DISTRICT COURT
                    UNITED STATES DISTRICT COURT        BRIDGEPORT CT
                          DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs : | |
| : | |
| PATRONS MUTUAL INSURANCE : | |
| COMPANY OF CONNECTICUT : | |
| Defendant : | January 15, 2004 |

## MOTION FOR ENLARGEMENT OF TIME FOR SCHEDULING ORDERS AND TO CONTINUE JURY SELECTION

The Plaintiffs Joseph & Haim Attias, hereby request through their counsel for an enlargement of time in regards to the scheduling orders entered into by the parties on or about August 7, 2003 and the commencement of Jury Selection in the above matter for the following reasons:

1.  The scheduling orders were entered into between the parties and counsel on or about August 7, 2003 when the defendant was represented by Attorney Stuart G. Blackburn by way of the Planning Meeting Report dated August 7, 2003. Under said agreement/orders discovery was to be commenced by August 1, 2003 and completed by 2/28/04, dispositive motions to be filed by 3/30/04, the Joint Trial Memorandum to be filed by 3/30/04 and the case be ready for trial by April 2004.

2. The plaintiff in accordance with the scheduling order forwarded the defendants a notice of deposition dated August 8, 2003 scheduling the defendant's deposition for September 8, and thereafter noticed the deposition of a witness Margaret Ralphs for November 25, 2003.

3. On or about September 10, 2003 Attorney Joel Rottner appeared on behalf of the defendant as new counsel. As a result the scheduled deposition of the defendant was continued. Additionally the deposition of Margaret Ralphs was unable to be obtained until January 9, 2004 due to personal reasons of the witness.

4. Accordingly the progression of discovery in this case has been delayed without fault of the plaintiff.

5. The plaintiff has a number of additional fact witnesses to depose as yet and the defendant has also indicated the need to obtain depositions of at least five (5) persons including the plaintiffs.

6. Additionally, the parties are commencing settlement discussions.

Accordingly, the plaintiffs are seeking an enlargement of time of the scheduling orders as follows:

1. Discovery, including all depositions to be completed by 3/31/04.
2. A damage analysis completed by 4/30/04.
3. Dispositive motion filed by 4/30/04.
4. Joint Trial Memorandum filed by 4/30/04.
5. Ready for Trial 5/1/04.

The defendant though its counsel, Attorney Joel Rottner, has no objection to the granting of this motion and the requested changes of the scheduling order.

This is the first request for enlargement filed by the plaintiffs in this matter.

THE PLAINTIFF,

BY _____
Cheryl E. Heffernan
Law Office of Cheryl E. Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 15th day of January 2004, to:

Joel J. Rottner, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

_____
Cheryl E. Heffernan