FILED

2004 JAN 16 P 12: 42

US DISTRICT COURT
BRIDGEPORT CT

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs : | |
| : | |
| PATRONS MUTUAL INSURANCE : | |
| COMPANY OF CONNECTICUT : | |
| Defendant : | January 15, 2004 |

## MOTION FOR ENLARGEMENT OF TIME FOR SCHEDULING ORDERS AND TO CONTINUE JURY SELECTION

2004 JAN 20 P 3: 09

The Plaintiffs Joseph & Haim Attias, hereby request through their counsel for an enlargement of time in regards to the scheduling orders entered into by the parties on or about August 7, 2003 and the commencement of Jury Selection in the above matter for the following reasons:

1. The scheduling orders were entered into between the parties and counsel on or about August 7, 2003 when the defendant was represented by Attorney Stuart G. Blackburn by way of the Planning Meeting Report dated August 7, 2003. Under said agreement/orders discovery was to be commenced by August 1, 2003 and completed by 2/28/04, dispositive motions to be filed by 3/30/04, the Joint Trial Memorandum to be filed by 3/30/04 and the case be ready for trial by April 2004.

---

Motion Granted.
Discovery cutoff date March 31, 2004
Dispositive Motions Due by April 30, 2004
SO ORDERED
1/20/04
Stefan R. Underhill, U.S.D.J.

above amendment