FILED

2004 JAN 21  P 1: 14

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | JANUARY 19, 2004 |

### DEFENDANT'S FIRST
### MOTION FOR ENLARGEMENT OF TIME FOR SCHEDULING ORDERS

The defendant, Patrons Mutual Insurance Company, hereby requests an enlargement of time with respect to the scheduling orders entered into by the parties on August 7, 2003 and a further enlargement of time for an additional one month beyond the time requested by the plaintiffs in their "Motion for Enlargement of Time for Scheduling Orders and To Continue Jury Selection" dated January 15, 2004 for the following reasons:

1. The defendant has previously agreed to the plaintiffs' Motion for Enlargement of Time dated January 15, 2004.

2. Said motion requested an enlargement of time of the scheduling orders in Nos. 1 through 5 as follows:

Motion Granted.
Discovery cutoff date  March 31, 2004
Dispositive Motions Due by  May 31, 2004
SO ORDERED
1/22/04
Stefan R. Underhill, U.S.D.J.

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693