FILED

2004 FEB -2 P 12: 22

US DISTRICT COURT
BRIDGEPORT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS : | |
| : | CIVIL ACTION NO. |
| VS. : | 3:03 CV 01009 (SRU) |
| : | |
| PATRONS MUTUAL INSURANCE : | JANUARY 30, 2004 |
| COMPANY OF CONNECTICUT : | |

## MOTION FOR COMPLIANCE

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, the defendant in the above-referenced matter seeks to compel compliance with defendant's discovery requests. The defendant asserts that on or about October 24, 2004, Interrogatories and Requests for Production were served upon the plaintiffs, Joseph and Haim Attias, in this matter. Despite requests for compliance, to date the plaintiffs have neither objected nor provided the defendant with responses.

WHEREFORE, the defendant respectfully seeks an order compelling the plaintiffs to comply with defendant's discovery requests.

SR/216143/hab

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY


By _____
Heather J. Adams-Beman
Skelley Rottner P.C.
P.O. Box 34089
Hartford, Connecticut 06134-0890
(860) 561-7077
Fed. Bar # ct24091


CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on January 30, 2004, to the following counsel of record:

Attorney Cheryl E. Heffernan
Law Office of Cheryl E. Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518


_____
Heather J. Adams-Beman

- 2 -