03cv1009mAmd

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : CIVIL ACTION NO. |
| | : 3:03 CV 01009 (SRU) |
| VS. | : |
| | : |
| PATRONS MUTUAL INSURANCE | : |
| COMPANY OF CONNECTICUT | : JANUARY 12, 2004 |

### REQUEST FOR PERMISSION TO AMEND ANSWER

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the defendant in the above referenced matter, Patrons Mutual Insurance Company of Connecticut, hereby requests leave of the Court to amend its Counterclaim to conform with the Court's ruling of December 17, 2003, and to amend the Affirmative Defenses to conform to the evidence which will be presented at trial. A copy of the proposed amended pleading is attached hereto.

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY

By_____
Heather J. Adams-Beman
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT 06134-0890
Tel. (860) 561-7077
Fax (860) 561-7088
Federal Bar No. ct24091

Granted. The clerk shall docket the submitted Amended pleading. So ordered. [signature] 2/23/04

SR/215180/hab

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693