03cv1009mcompl

FILED

2004 FEB -2 P 12: 22

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2004 MAR -3 P 1:15 US DISTRICT COURT BRIDGEPORT

Denied as moot. So ordered. [signature] 3/2/04

| | |
|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS : | |
| : | CIVIL ACTION NO. |
| VS. : | 3:03 CV 01009 (SRU) |
| : | |
| PATRONS MUTUAL INSURANCE : | JANUARY 30, 2004 |
| COMPANY OF CONNECTICUT : | |

## MOTION FOR COMPLIANCE

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, the defendant in the above-referenced matter seeks to compel compliance with defendant's discovery requests. The defendant asserts that on or about October 24, 2004, Interrogatories and Requests for Production were served upon the plaintiffs, Joseph and Haim Attias, in this matter. Despite requests for compliance, to date the plaintiffs have neither objected nor provided the defendant with responses.

WHEREFORE, the defendant respectfully seeks an order compelling the plaintiffs to comply with defendant's discovery requests.

SR/216143/hab