O3CV1009mot

33

FILED

2004 MAR 18 P 12:04

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CS

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | MARCH 16, 2004 |

**MOTION FOR ENLARGEMENT OF TIME FOR SCHEDULING ORDERS**

The Plaintiffs Joseph & Haim Attias, hereby request through their counsel for an enlargement of time in regards to the scheduling orders entered into by the parties on or about August 7, 2003 for the following reasons:

1. The scheduling orders were entered into between the parties and counsel on or about August 7, 2003 when the defendant was represented by Attorney Stuart G. Blackburn by way of the Planning Meeting Report dated August 7, 2003. Under said agreement/orders discovery was to be commenced by August 1, 2003 and completed by 2/28/04, dispositive motions to be filed by 3/30/04, the Joint Trial Memorandum to be filed by 3/30/04 and the case be ready for trial by April 2004.

2. By way of a motion for enlargement dated January 19, 2004 the plaintiffs' with the agreement of the defendant requested an enlargement

*[stamp left margin: 2004 MAR 25 A 11:26 U.S. DISTRICT COURT BRIDGEPORT, CONN. FILED]*

*[handwritten left margin: 3/25/04 FILED]*

*[handwritten left margin: GRANTED; ABSENT OBJECTION. SO ORDERED. /s/ Stefan R. Underhill U.S.D.J.]*