FILED

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

2004 APR 13 P 12: 11

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | April 8, 2004 |

### PLAINTIFF'S REPLY AND AFFIRMATIVE DEFENSES TO

### DEFENDANT'S SUBSTITUTED COUNTERCLAIM DATED JANUARY 12, 2004

1.    Paragraph 1 is admitted.

2.    Paragraph 2 is admitted.

3.    Paragraph 3 is admitted.

4.    In so far as paragraph 4 alleges that the policy of insurance required the defendants to make payment to the plaintiff mortgagee bank is admitted.  The remaining allegations are denied.

5.    In regards to the allegations contained in paragraph 5, the plaintiff admit receiving $20,000 advance on the policy, the remaining allegations are hereby denied.

6.    Paragraph 6 is denied.


### BY WAY OF AFFIRMATIVE DEFENSE

The defendant's counter claim fails to state a legal claim on which relief can be granted.

THE PLAINTIFF,

BY _____

Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 8th

day of April 2004, to:

Joel Rottner, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT 06134-0890

_____
Cheryl E. Heffernan