FILED

2004 APR 20  P 12: 34

U.S. DISTRICT COURT
BRIDGEPORT CONN

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | APRIL 19, 2004 |

## MOTION TO COMPEL DISCLOSURE,

Pursuant to Rule 37 (a) of the Federal Rules of Civil Procedure, the Plaintiff hereby moves the Court for an order compelling the Defendant to fully and properly comply with the Plaintiffs' discovery requests dated February 23, 2004, by answering interrogatory number 3 and producing the documents requested in production request number 1. The defendant has objected to said discovery requests on the claimed grounds that the requests are "[o]verly broad, not reasonably calculated to lead to the discovery of admissible evidence." Aside from objecting to these proper requests that defendant served this objection on April 13, 2004, well past the thirty day period set by the rules and the subject discovery request itself for compliance

The Plaintiffs further seek an order of the Court requiring the defendant to pay for the costs, including attorney fee incurred in the filing and prosecution of this motion.

In support of this motion the Plaintiff relies on the attached memorandum in support.

THE PLAINTIFF,

BY _____
Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 19th day of April 2004, to:

Heather Adams-Beman, Esq.
Joel Rottner, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

_____
Cheryl E. Heffernan