# FILED

2004 APR 20 P 12: 34

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | APRIL 19, 2004 |

**AFFIDAVIT OF COUNSEL**

Pursuant to Local Rule 9 of the District of Connecticut the undersigned counsel for the plaintiffs hereby submits the following affidavit in support of the Plaintiff's motion to compel disclosure dated April 19, 2004.

STATE OF CONNECTICUT}
                                            }         at Hamden, April 19, 2004
COUNTY OF NEW HAVEN}

I, Cheryl E. Heffernan, having been sworn hereby depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath;

2. The information contained herein is true to the best of my knowledge and basis on personal knowledge;

3. I am counsel for the plaintiffs Joseph and Hiam Attias the matter of *Attias v. Patrons Mutual Insurance of Connecticut* pending in the United State District Court for the District of Connecticut;

4. By way of requests for discovery dated February 23, 2004 I, on behalf of the plaintiffs requested information and documents relative to fire loss claims on insurance policies issued by defendant during a particular period of time.

5. Responses to these request were due on March 23, 2004.

6. No responses to the discovery requests were received in a timely fashion and no requests for additional time to file responses were received until after the undersigned sent a fax on March 30, 2004 demanding compliance.

7. On April 13, 2004 as part of the defendant's compliance the defendant objected to providing information or documentation as requested relative to other fire loss claims

8. On receipt of said "compliance" I wrote counsel for the defendant on April 13, 2004 requesting the compliance again. Compliance has not been received.

9. Wherefore the undersigned submits that good faith efforts have been made to resolve the defendant's objection to requested discovery .


Cheryl E. Heffernan


Sworn to before me this 19st day of April, 2004.


Commissioner of the Superior Court


2

## <u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid

this 19th day of April 2004, to:

Heather Adams-Beman, Esq.
Joel Rottner, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

Cheryl E. Heffernan

3