FILED

2004 APR 22 P 1:01

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | APRIL 21, 2004 |

## MOTION FOR ENLARGEMENT OF TIME FOR SCHEDULING ORDERS

The Plaintiffs Joseph & Haim Attias, hereby request through their counsel for an enlargement of time in regards to the scheduling orders entered into by the parties on or about August 7, 2003 for the following reasons:

1. The scheduling orders were entered into between the parties and counsel on or about August 7, 2003 when the defendant was represented by Attorney Stuart G. Blackburn by way of the Planning Meeting Report dated August 7, 2003. Under said agreement/orders discovery was to be commenced by August 1, 2003 and completed by 2/28/04, dispositive motions to be filed by 3/30/04, the Joint Trial Memorandum to be filed by 3/30/04 and the case be ready for trial by April 2004.

2. By way of a motion for enlargement dated January 19, 2004 the plaintiffs' with the agreement of the defendant requested an enlargement

of the scheduling orders. The Court granted the enlargement until March 31, 2004 for discovery and May 31 for Dispositive motions and Joint Trial Memorandum.

3. By way of motion dated March 16, 2004 the plaintiffs sought a further enlargement of the scheduling orders which was granted by the Court

4. The current orders ends the discovery phase of this case on April 31, 2004.

5. A discovery dispute has recently occurred resulting in the filing of a Motion for Order of Compliance dated April 19, 2004 by the plaintiffs.

6. Due to this dispute discovery cannot be completed by April 31, 2004.

Accordingly, the plaintiffs are seeking an enlargement of time of the scheduling orders to provide that discovery is to be completed within 30 days of compliance by the defendant of disputed discovery requests or the court's order on the plaintiffs' Motion for Order of Compliance, whichever occurs later, with the deadlines for the damage analysis, dispositive motions and Joint Trial memorandum continued proportionally

The defendant though a member of its counsel's office, Attorney Miller, has no objection to the granting of this motion and the requested changes of the scheduling order.

This is the third request for enlargement filed by the plaintiffs in this matter.

                    THE PLAINTIFF,

BY_____
      Cheryl E. Heffernan
      Faver & Heffernan
      2842 Old Dixwell Avenue
      Hamden, Connecticut 06518
      Telephone: 203-288-8266
      Facsimile: 203-288-4702
      Fed Bar No.:CT 06473

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 21st day of April 2004, to:

Joel J. Rottner, Esq.
Heather Adams-Beman, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT 06134-0890

_____
Cheryl E. Heffernan

3