UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | |
| | : | CIVIL ACTION NO. |
| | : | |
| VS. | : | 3:03 CV 01009 (SRU) |
| | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | APRIL 28, 2004 |
| COMPANY OF CONNECTICUT | : | |

## MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the defendant in the above-referenced matter seeks a protective order allowing the deposition of Amy Pachiotti, an underwriter of the defendant, to occur at the same date and location as that of the continued deposition of Scott Michael Terra, the defendant's claims adjuster. The depositions of Ms. Pachiotti and Mr. Terra have been scheduled for Friday, April 30, 2004, at plaintiffs' counsel's office. The defendant has notified that Mr. Terra is unavailable on the scheduled date and has asked to reschedule both depositions. Defendant has filed a separate Motion for Protective Order regarding the nature and scope of the continued deposition of Mr. Terra. Counsel for the plaintiffs has agreed to reschedule Mr. Terra's deposition but not that of Ms. Pachiotti.

SR/220147/bsw

WHEREFORE, the defendant respectfully seeks an order allowing the defendant to present its representatives at the same date and location for the convenience of the parties.

                          DEFENDANT, PATRONS MUTUAL
                              INSURANCE COMPANY

By _____\S_____
      Joel J. Rottner
      Skelley Rottner P.C.
      P.O. Box 34089
      Hartford, Connecticut 06134-0890
      (860) 561-7077
      Fed. Bar ct05612

## CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on April 28, 2004, to the following counsel of record:

Attorney Cheryl E. Heffernan
Law Office of Cheryl E. Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518

_____\S_____
Joel J. Rottner

- 2 -