UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | MAY 4, 2004 |
| COMPANY OF CONNECTICUT | : | |

## REPLY TO PLAINTIFFS' AFFIRMATIVE DEFENSE

The defendant, Patrons Mutual Insurance Company of Connecticut, hereby denies each and every allegation of the Plaintiffs' Affirmative Defense to Defendant's Substituted Counterclaim, dated April 8, 2004.

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY


By_____\S_____
    Heather J. Adams-Beman
    Skelley Rottner P.C.
    P.O. Box 340890
    Hartford, CT  06134-0890
    Tel. (860) 561-7077
    Fax (860) 561-7088
    Federal Bar No. ct24091

SR/220351/bsw

CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on May 4, 2004, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518
*Tel. (203) 288-8266*

\S\
Heather J. Adams-Beman