STATUS CONFERENCE HELD

DATE: 5/6/04

(30 min.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

May 6, 2004

2:30
~~2:00~~ p.m.

CASE NO. **3:03cv1009**   **Attias v Patrons Mutual Ins.**

Joel J. Rottner
Heather Joy Adams-Beman
Skelley Rottner-WHtfd
433 S. Main St.
Suite 305
W. Hartford, CT 06110


Cheryl E. Heffernan
Law Offices of Cheryl E. Heffernan
2842 Old Dixwell Ave.
Hamden, CT 06518


                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK