United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
6-22-04                    80
Kevin F. Rowe, Clerk
By _____

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS       : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs                       : | |
|                                  : | |
| PATRONS MUTUAL INSURANCE         : | |
| COMPANY OF CONNECTICUT           : | |
| Defendant                        : | JUNE 21, 2004 |

### AFFIDAVIT OF COUNSEL

Pursuant to Local Rule 9 of the District of Connecticut the undersigned counsel for the plaintiffs hereby submits the following affidavit in support of the Plaintiff's motion to compel disclosure dated June 21, 2004.

STATE OF CONNECTICUT }
                     }    at Hamden, June 21, 2004
COUNTY OF NEW HAVEN }

I, Cheryl E. Heffernan, having been sworn hereby depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath;

2. The information contained herein is true to the best of my knowledge and basis on personal knowledge;

3. I am counsel for the plaintiffs Joseph and Hiam Attias the matter of *Attias v. Patrons Mutual Insurance of Connecticut* pending in the United State District Court for the District of Connecticut;

4. By way of requests for discovery dated February 23, 2004 I, on behalf of the plaintiffs requested information and documents relative to fire loss claims on insurance policies issued by defendant during a particular period of time.

5. Responses to these request were due on March 23, 2004.

6. No responses to the discovery requests were received in a timely fashion and no requests for additional time to file responses were received until after the undersigned sent a fax on March 30, 2004 demanding compliance.

7. On April 13, 2004 as part of the defendant's compliance the defendant objected to providing information or documentation as requested relative to other fire loss claims

8. On receipt of said "compliance" I wrote counsel for the defendant on April 13, 2004 requesting the compliance again. Compliance has not been received.

9. Thereafter I had further conversation with Attorney Rottner for the defendant in regard to provide some compliance.

10. By way of a pleading dated June 7, 2004, the defendant file additionally objections to the discovery requests.

11. Wherefore the undersigned submits that good faith efforts have been made to resolve the defendant's objection to requested discovery .

_____
Cheryl E. Heffernan

Sworn to before me this 21st day of June, 2004.

_____
Thomas E. Farver
Commissioner of the Superior Court

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 21st day of June 2004, to:

Heather Adams-Beman, Esq.
Joel Rottner, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

_____
Cheryl E. Heffernan