# EXHIBIT A

Law Offices of **SKELLEY ROTTNER P.C.** □ P.O. Box 340890, Hartford, CT 06134-0890 □ Phone: (860) 561-7077 Fax: (860) 561-7088

Juris No. **58693**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | JUNE 7, 2004 |

### NOTICE OF SUPPLEMENTAL COMPLIANCE WITH PLAINTIFFS' INTERROGATORIES AND REQUEST FOR PRODUCTION, DATED FEBRUARY 23, 2004

The defendant, Patrons Mutual Insurance Company of Connecticut, by its attorneys,

Skelley Rottner, P.C., hereby gives notice of filing supplemental compliance with the plaintiffs'

Interrogatories and Request for Production, dated February 23, 2004.

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY

By_____

Heather J. Adams-Beman
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT  06134-0890
Tel. (860) 561-7077
Fax (860) 561-7088
Federal Bar No. ct24091

SR/221460/hab

<u>CERTIFICATION</u>

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on June 7, 2004, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518
*Tel. (203) 288-8266*

Heather J. Adams-Beman

- 2 -

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH ATTIAS & HAIM ATTIAS   :     CIVIL ACTION NO.

VS.                       :     3:03 CV 01009 (SRU)
                            :

PATRONS MUTUAL INSURANCE   :
COMPANY OF CONNECTICUT    :     JUNE 7, 2004

### DEFENDANT'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' INTERROGATORIES DIRECTED TO THE DEFENDANT, PATRONS MUTUAL INSURANCE COMPANY OF CONNECTICUT

The undersigned, pursuant to the applicable sections of the Federal Rules of Practice, requests that the defendant, PATRONS MUTUAL INSURANCE COMPANY OF CONNECTICUT, answer the following interrogatories within 30 days and file amended answers to the date of trial as supplemental or additional information is discovered.

3.     Identify all fire loss homeowner claims filed with the defendant from January 1, 2001 until the present time. As to each such claim, set forth the name and address of the policy holder, name and address of attorney for policy holder, date of loss, name of defendant's claim representative handling claim, value of said loss, whether the claim was paid or denied, amount paid on claim if any, date of payment on claim, reason if any of denial of claim, date of denial of claim.

**SR/221460/hab**



**ANSWER:**    The defendant objects to the requests of the plaintiffs as such information sought is overly broad and not reasonably calculated to lead to the discovery of evidence which may be admissible in the present action as the plaintiff has not sought to limit said request to specific business practices of the defendant relevant to the present action.  Further, said requests seek information that the defendant would not be entitled to disclose as disclosure would be in violation of the privacy rights of the defendant's insureds who are not parties to this matter.

To the extent that the plaintiffs' request may seek to establish a business practice of the defendant, to date the plaintiffs have failed to sufficiently identify the practice they are seeking to identify and investigate.  Should it be determined that the plaintiffs are attempting to establish the defendant's practice of claim denial, the plaintiffs are only entitled to information regarding claims denied for a similar basis as the present action.

Multiple fire loss claims have been presented to the defendant within the requested time period.  The defendant's representative can identify no other fire loss claim during the relevant period that was denied on the basis of misrepresentation and fraud on the part of the insured.

Absent an order of the Court, the defendant refuses to disclose the confidential claims information regarding any claims during the relevant period that were denied for any basis other than fraud and/or misrepresentations on the part of the insureds.  The defendant further objects to the request for production of any information regarding claims which have been accepted and resolved by the defendant during the same time frame as they are irrelevant to the present action and are not reasonably calculated to lead to the discovery of admissible evidence.

- 2 -

Law Offices of **SKELLEY ROTTNER P.C.** □ P.O. Box 340890, Hartford, CT 06134-0890 □ Phone: (860) 561-7077 Fax: (860) 561-7088

Juris No. 58693

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY


By 

        Heather J. Adams-Beman
        Skelley Rottner P.C.
        P.O. Box 340890
        Hartford, CT  06134-0890
        Tel. (860) 561-7077
        Fax (860) 561-7088
        Federal Bar No. ct24091


## CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on June 7, 2004, to the following counsel of record:

    Attorney Cheryl E. Heffernan
    Farver & Heffernan
    2842 Old Dixwell Avenue
    Hamden, CT  06518
    *Tel. (203) 288-8266*


                            Heather J. Adams-Beman

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088