FILED

2004 JUL -9 A 11: 16

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | JULY 8, 2004 |

## MOTION FOR ENLARGEMENT OF TIME FOR SCHEDULING ORDERS

The Plaintiffs Joseph & Haim Attias, hereby request through their counsel for an enlargement of time in regards to the scheduling orders entered into by the parties on or about August 7, 2003 for the following reasons:

1. Discovery is ongoing in this case with an unresolved discovery dispute set forth in plaintiff's motion to compel dated June 21, 2004.

2. Both counsel agree to extension of the orders as it is in everyone's best interest to have discovery complete before proceeding to dispositive motions and trial if necessary.

3. The parties have been diligent in pursuing discovery however the number of witnessed and the volume of evidence has caused discovery to take longer than originally anticipated.

Case 3:03-cv-01009-SRU   Document 52   Filed 07/09/2004   Page 1 of 3

Accordingly, the plaintiffs are seeking an enlargement of time of the scheduling orders to provide that discovery is to be completed by August 31, 2004, the damage analysis due by September 15, 2004, dispositive motions and Joint Trial memorandum due by October 31, 2004

The defendant though Attorney Joel Rottner, joins in this motion.

This is the fourth request for enlargement filed in this matter.

THE PLAINTIFF,

BY _____
Cheryl E. Heffernan
Faver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 7th day of July 2004, to:

Joel J. Rottner, Esq.
Heather Adams-Beman, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

_____
Cheryl E. Heffernan

3