UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | JULY 23, 2004 |
| COMPANY OF CONNECTICUT | : | |

### DEFENDANT'S, PATRONS MUTUAL INSURANCE COMPANY OF CONNECTICUT, MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 9 of the United States District Court for the District of Connecticut, the defendant, Patrons Mutual Insurance Company of Connecticut, hereby moves for a thirty-day extension of time, to and including September 7, 2004, within which to respond to the plaintiffs' Second Set of Interrogatories and Requests for Production.

This case has not been assigned for trial. This is the defendant's first request for an extension of time for responding to plaintiffs' discovery requests.

SR/222840/hab

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY


By_____\S _____
        Heather J. Adams-Beman
        Skelley Rottner P.C.
        P.O. Box 340890
        Hartford, CT  06134-0890
        Tel. (860) 561-7077
        Fax (860) 561-7088
        Federal Bar No. ct24091


## CERTIFICATION

    I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on July 23, 2004, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518
*Tel. (203) 288-8266*


_____\S _____
Heather J. Adams-Beman