# EXHIBIT A

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | June 23, 2004 |

### NOTICE OF DEPOSITION

The Plaintiffs, Joseph and Haim Attias, in the above-captioned matter will take the deposition of the Defendant's expert, ROBERT R. NATTRASS, FCLS, on **MONDAY JUNE 28, 2004, at 1:30 P.M.**, at the **LAW OFFICE OF FARVER & HEFFERNAN, 2842 Old Dixwell Avenue, Hamden, Connecticut**, before a Court Reporter or other competent authority. The deposition will continue from day to day until completed.

The deponent is hereby instructed to produce at the time of his deposition, the following:

1. His entire file on Attias v. Patrons Insurance, including but not limited to documentation received by him or written by him relating to this matter,

2. His current curriculum vitae,

3. Copies of any professional certificates and licenses he holds,

4. A current list of any/all legal matters/cases that he has been asked to testify for as an expert in his field.

You are invited to attend and cross-examine.

JUN 2 5 2004

SKELLEY ROTTNER P.C.

THE PLAINTIFF,

BY _____
Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile and first class mail, postage prepaid this 23rd day of June 2004, to:

Heather Adams-Beman, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

Scribes, Inc.
445 George Street
New Haven, CT  06511

_____
Cheryl E. Heffernan