# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS : | CIVIL ACTION NO. |
| : | 3:03 CV 01009 (SRU) |
| VS. : | |
| : | |
| PATRONS MUTUAL INSURANCE : | |
| COMPANY OF CONNECTICUT : | JUNE 23, 2004 |

### DEFENDANT'S, PATRONS MUTUAL INSURANCE COMPANY OF CONNECTICUT, DISCLOSURE OF EXPERT WITNESS

Pursuant to Rule 26(2) of the Federal Rules of Civil Procedure, the defendant, Patrons Mutual Insurance Company of Connecticut, hereby provides the disclosure of the following experts:

>   Mr. Robert Nattrass
>   Acacia Investigations
>   91 Shuttle Meadow Avenue
>   New Britain, CT 06051

Mr. Nattrass is expected to testify in accordance with his education, knowledge and experience, and training and inspection of the premises on the date of the fire. Mr. Nattrass is expected to testify that, based on his investigation, it is his opinion that the plaintiffs overstated the extent of the improvements and the amount spent to improve the property located at 475 New Britain Avenue, Hartford, Connecticut prior to the fire on November 13, 2002.

SR/222303/hab

A copy of Mr. Nattrass' has been previously disclosed through the Patron's Insurance Company claim file Bates numbers 000205- 000157.

**Mr. Terrill Leighton**
**Leighton Appraisal Service**
**P.O. Box 2136**
**Vernon, CT 06066**

Mr. Leighton is expected to testify in accordance with his education, knowledge and experience as a real estate appraiser. Mr. Leighton is expected to testify as to the fair market value of the real estate including the fair market value of the structure and the fair market value of the land. In accordance with his report dated August 15, 2002, Mr. Leighton is expected to testify that the estimated value of the land was $ 35,000.00 as of the date of inspection, and the estimated value of the improvements to the land was $138,495.00 as of the date of the inspection.

The plaintiffs previously disclosed Mr. Leighton's report.

Law Offices of SKELLEY ROTTNER P.C. □ P.O. Box 340890, Hartford, CT 06134-0890 □ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY

By _____
Heather J. Adams-Berman
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT  06134-0890
Tel. (860) 561-7077
Fax (860) 561-7088
Federal Bar No. ct24091

- 3 -

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693

## CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on June 23, 2004, to the following counsel of record:

Attorney Cheryl E. Heffernan
Law Office of Cheryl E. Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518

_____
Heather J. Adams-Beman

- 4 -

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693