# EXHIBIT C

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs : | |
| : | |
| PATRONS MUTUAL INSURANCE : | |
| COMPANY OF CONNECTICUT : | |
| Defendant : | June 28, 2004 |

### NOTICE OF DEPOSITION

The Plaintiffs, Joseph and Haim Attias, in the above-captioned matter will take the deposition of the Defendant's expert, ROBERT R. NATTRASS, FCLS, on **WEDNESDAY JULY 7, 2004, at 10:30 A.M.**, at the **LAW OFFICE OF FARVER & HEFFERNAN, 2842 Old Dixwell Avenue, Hamden, Connecticut**, before a Court Reporter or other competent authority. The deposition will continue from day to day until completed.

You are invited to attend and cross-examine.

THE PLAINTIFF,

BY _____
Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar No.: CT 06473

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile and first class mail, postage prepaid this 28TH day of June 2004, to:

Heather Adams-Beman, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT 06134-0890

Scribes, Inc.
445 George Street
New Haven, CT 06511
(Facsimile only)

Cheryl E. Heffernan

2