# EXHIBIT D

Law Offices of **SKELLEY ROTTNER P.C.** ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088

Juris No. 58693

**ACACIA INVESTIGATIONS**
91 Shuttle Meadow Avenue
New Britain, Connecticut 06051

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/6/04 | 932 |

**BILL TO**

Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518

Attn: Atty. Cheryl Heffernan



AUG 0 9 2004

SKELLEY ROTTNER P.C.

| DUE DATE |
|---|
| 9/5/04 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Deposition/Testimony | AC-02-0309<br>Joseph Atias & Haim Atias v.<br>Patrons Mutual Insurance Company<br>Fire Investigation<br>475 New Britain Ave., Hartford, CT<br>Date of Loss: 11/13/02<br>Deposition testimony on 07/07/04 | 6.5 | 175.00 | 1,137.50T |
| Photo/Video Copies | Copy videotape | 1 | | 50.00T |
| | Our tax # is 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<br>Robert R. Nattrass dba<br>Acacia Investigations | | | 0.00 |

Service charge of 1 1/2% per month (18% per year) on balance unpaid after 30 days.

| | |
|---|---|
| Subtotal | 1,187.50 |
| 6% TAX | 71.25 |
| **Total** | **1,258.75** |

Joseph Atias + Haim Atias v. Patron's Mutual Ins. Co.

**CASE#:** AC-02-0309    **CLIENT:** Patron's Mutual (Scott Tevier)

| DATE | HRS. | MI. | EXPENSES | ASSIGNMENT |
|---|---|---|---|---|
| 07/07/04 | 1 | | | Prepare for deposition |
| | .25 | 10 | | Travel to Atty. Rottner's office |
| | 1 | | | Meet + discussion w/ Atty. Rottner |
| | .5 | | | Travel to Atty. Heffernan's for Deposition |
| | 3 | | | Deposition |
| | .5 | | | Travel to Atty. Rottner's office |
| | .25 | 10 | | Travel to office |
| | 6.5 | 20 | | Invoice #932 |