FILED

2004 SEP 20 P 1:42

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | SEPTEMBER 17, 2004 |

### MOTION TO COMPEL DISCLOSURE,

Pursuant to Rule 37 (a) of the Federal Rules of Civil Procedure, the Plaintiff hereby moves the Court for an order compelling the Defendant to fully and properly comply with the Plaintiffs' discovery requests dated September 3, 2004, by answering interrogatory number 1, 2 and 4, and producing the documents requested in production request numbers 1 and 2. The defendant has objected to these requests states tat "further disclosure of such information is complied in anticipation of litigation and forms the basis for impeachment of witnesses." This objection is completely without merit and the discovery requests go directly to the defendant's special defenses and counterclaim in this case. Please see attached compliance in dispute.

The plaintiffs request the Court to order the defendant to comply with the discovery request.

The Plaintiffs further seek an order of the Court requiring the defendant to pay for the costs, including attorney fee incurred in the filing and prosecution of this motion.

In support of this motion the Plaintiff relies on the attached memorandum in support.

THE PLAINTIFF,

BY *[signature]*
Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 17TH day of September 2004, to:

Heather Adams-Beman, Esq.
Joel Rottner, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

*[signature]*
Cheryl E. Heffernan