UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | OCTOBER 18, 2004 |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
## FOR SCHEDULING ORDERS

The defendant, Patrons Mutual Insurance Company, hereby requests an enlargement of time with respect to the scheduling orders requested by the plaintiff and entered into by the Court on July 14, 2004 for an additional forty-five (45) days beyond the time to allow for the filing of dispositive motions for the following reasons:

1. The parties had previously agreed to the plaintiffs' Motion for Enlargement of Time, dated July 14, 2004.

2. Said motion requested an enlargement of time of the scheduling orders in Nos. 1 through 4 as follows:

   1. Discovery, including all depositions to be completed by 8/31/04.
   2. A damage analysis completed by 9/30/04
   3. Dispositive motion filed by 10/31/04
   4. Joint Trial Memorandum filed by 10/31/04.

SR/225353/bsw

3. The parties have filed several motions with respect to unresolved discovery issues.

4. The defendant is in the process of compiling and preparing certain discovery materials in accordance with the Court's ruling of October 7, 2004.

5. The Court agreed during the October 7, 2004 teleconference to conduct a further status conference regarding the remaining discovery disputes; to date, said conference is unscheduled.

6. The parties need to resolve the outstanding discovery issues in order to properly prepare and complete the Joint Trial Brief.

7. The defendant would also therefore seek additional time to allow the parties to resolve the outstanding discovery issues prior to the filing of any dispositive motions in the above-referenced matter.

8. Undersigned counsel contacted counsel for the plaintiffs regarding said request and was advised by Attorney Heffernan's assistant that the plaintiffs have no objection to the present request.

**WHEREFORE**, the defendant requests an extension of time for an additional forty-five (45) days and seeks an enlargement of time for the scheduling orders.

                                      DEFENDANT, PATRONS MUTUAL
                                            INSURANCE COMPANY

                By_____\\S\\_____
                       Heather J. Adams-Beman
                       Skelley Rottner P.C.
                       P.O. Box 340890
                       Hartford, CT  06134-0890
                       Tel. (860) 561-7077
                       Fax (860) 561-7088
                       Federal Bar No. ct24091


## CERTIFICATION

     I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on October 18, 2004, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518
*Tel. (203) 288-8266*

                                  _____\\S\\_____
                                     Heather J. Adams-Beman