UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | DECEMBER 14, 2004 |
| COMPANY OF CONNECTICUT | : | |

## MOTION FOR SUMMARY JUDGMENT

Patrons Mutual Insurance Company of Connecticut, the defendant in the above-captioned matter, moves for summary judgment, as there are no genuine issues of material fact regarding the portions of the plaintiffs' complaint alleging violations of C.G.S. § 42-110, the Connecticut Unfair Trade Practices Act, or C.G.S. § 38a-816, the Connecticut Unfair Insurance Practices Act. As explained in more detail in the attached Memorandum of Law, Patrons Mutual Insurance Company of Connecticut provided fire dwelling insurance to the plaintiffs commencing on July 25, 2002 for the property located at 475 New Britain Avenue, Hartford, Connecticut. Patrons further contends that the plaintiffs are precluded from setting forth any claims for recovery on a replacement cost basis as the plaintiffs have failed to enter into a legally binding contract for the repair of the property. Patrons Mutual Insurance

SR/226677/hab

Company of Connecticut now moves for summary judgment under various legal theories explained in more detail in the attached Memorandum of Law.

In support thereof, the defendant represents that the plaintiffs allege in their complaint that the defendant violated CUTPA and CUIPA. Discovery has established that there is no evidence to support the conclusion that any alleged improper practices by the defendant constituted a general practice of refusal to pay claims. Because the plaintiffs fail to show that the defendant's conduct constituted a general practice of refusal to pay claims without a reasonable investigation under CUIPA, the plaintiffs' claim under CUTPA is legally insufficient. Furthermore, there is no private cause of action under CUIPA. Therefore, the defendant now moves for summary judgment on said allegations of the plaintiffs' complaint.

**WHEREFORE**, the defendant now moves for summary judgment on allegations of violations of CUTPA and CUIPA on the basis that no genuine issue of material fact or law exists, and the defendant is entitled to judgment as a matter of law, further supported by the attached Memorandum of Law.

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY

By _____
Heather J. Adams-Beman
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT 06134-0890
Tel. (860) 561-7077
Fax (860) 561-7088
Federal Bar No. ct24091

### CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on December 14, 2004, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT 06518
*Tel. (203) 288-8266*

_____
Heather J. Adams-Beman

- 3 -

Law Offices of **SKELLEY ROTTNER P.C.** ❏ P.O. Box 340890, Hartford, CT 06134-0890 ❏ Phone: (860) 561-7077 Fax: (860) 561-7088
**Juris No. 58693**