UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | DECEMBER 14, 2004 |
| COMPANY OF CONNECTICUT | : | |

## LOCAL RULE 56(a)1 STATEMENT

1. Prior to July 29, 2002, Patrons Mutual Insurance Company issued a dwelling fire insurance policy for 475 New Britain Avenue, Hartford, Connecticut, a three-family residence, naming Joseph and Haim Attias as insureds. (See policy declarations page, attached hereto as Exhibit A).

2. The policy issued by Patrons Mutual Insurance Company, bearing policy # DCT0023909, was effective for the policy period of July 29, 2002 to July 29, 2003. (See policy declarations page).

3. The Attias' purchased said property for $65,000 as an investment property. (See transcript of testimony by Joseph Attias at the examination under oath on December 11, 2002, p. 14, attached as Exhibit B).

SR/226677/hab

4.  On October 8, 2002, Haim Attias obtained a mortgage through Ameriquest Mortgage Company in the amount of $137,000 for the property. (See transcript of Joseph Attias, p. 15, attached as Exhibit C).

5.  A fire occurred on November 13, 2002, at 475 New Britain Avenue in Hartford, Connecticut. (See Hartford Fire Department Incident Report, attached hereto as Exhibit D).

6.  As a result of the fire on November 13, 2002, the property at 475 New Britain Avenue in Hartford, Connecticut suffered substantial structural damage and was a total loss. (See Affidavit of Scott Terra, attached hereto as Exhibit E).

7.  The City of Hartford Fire Marshal determined that the fire was caused by the operation of a furnace that was installed too close to the structure's floor joists. (See Fire Marshal's report, attached hereto as Exhibit F).

8.  The adjustment of said loss was assigned to Scott Terra, a property loss adjuster for Patrons Mutual Insurance Company.

9.  On January 9, 2003, Patrons Mutual Insurance Company issued a denial of claim for the loss to the plaintiffs on the basis of material misrepresentations made by the insureds during the course of the investigation. (See denial letter, attached hereto as Exhibit G).

10. To date, said property has been neither repaired nor replaced by the insureds.

11. The Complaint in this matter was dated June 3, 2003, and Patrons Mutual Insurance Company was served thereafter. (See plaintiffs' Complaint, attached hereto as Exhibit H).

12. There has been no testimony or evidence presented by the plaintiffs as to any facts to support the allegation that Patrons Mutual Insurance Company violated the Connecticut Unfair Insurance Practices Act or the Connecticut Unfair Trade Practices Act. (See affidavit of Scott Terra.)

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY

By /s/ Heather J. Adams-Beman
Heather J. Adams-Beman
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT 06134-0890
Tel. (860) 561-7077
Fax (860) 561-7088
Federal Bar No. ct24091

- 3 -

CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on December 14, 2004, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT 06518
*Tel. (203) 288-8266*

Heather J. Adams-Beman

- 4 -

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693