FILED

2004 DEC 22 P 12: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | DECEMBER 21, 2004 |

### PLAINTIFFS' MOTION FOR ENLARGEMENT
### OF TIME FOR SCHEDULING ORDERS

The Plaintiffs Joseph & Haim Attias, hereby request through their counsel for an enlargement of time until February 15, 2005 in regards to the scheduling orders entered into by the Court on or about October 20, 2004 for the following reasons:

1. The parties had previously agreed to the defendant's Motion for Enlargement of Time dated October 18, 2004.

2. Said motion requested forty-day enlargement on the previous orders thereby setting the pertinent deadlines as follows:

   a. Dispositive Motion filed by 12/15/04

   b. Joint Trial Memorandum field by 12/15/04

3. The parties have several unresolved motions with respect to various discovery issues not yet addressed by the court

4. A telephone conference was conducted with the on October 4, 2007 to address these issues, however the Court was not able at that time to address all pending motions.

5. The parties agreed to schedule another telephonic conference at a later time to address the remaining outstanding issues. The conference still needs to be scheduled, however undersigned counsel has contacted the Court for available dates in January.

6. The parties need to address the outstanding motions in order to complete the Joint Trial Brief

7. The plaintiffs need to have the outstanding discovery issues resolved prior to being able to prepare and file dispositive motions.

8. The plaintiff would also therefore seek additional time to allow the parties to resolve the outstanding discovery issues prior filing or responding to any dispositive motions in this matter.

9. Both counsel agree to extension of the orders as it is in everyone's best interest to have discovery complete before proceeding to dispositive motions and trial if necessary.

Accordingly, the plaintiffs are seeking an enlargement of time of the scheduling orders to provide to resolve outstanding discovery issues, prepare and file dispositive motions and the Joint Trial Brief by February 15, 2005.

The defendant though Attorney Heather Adams-Beman agrees to this request.

THE PLAINTIFF,

BY _____
Cheryl E. Heffernan
Faver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 22nd day of December 2005, to:

Joel J. Rottner, Esq.
Heather Adams-Beman, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

_____
Cheryl E. Heffernan