

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | DECEMBER 2, 2004 |

### PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TOP RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT DATED DECEMBER 14, 2004

The Plaintiffs Joseph & Haim Attias, hereby request through their counsel for an enlargement of time until February 15, 2005 to respond to the defendant's motion for summary judgment dated December 14, 2004 for the following reasons:

1. The plaintiff has filed a Enlargement of Time of the scheduling orders contemporaneous with the filing of this motion seeking enlargement of time to file resolve outstanding discovery disputes, file dispositive motions and file the Joint Trial Brief until February 15, 2005.

2. The parties have several unresolved motions with respect to various discovery issues not yet addressed by the court

3.  A telephone conference was conducted with the on October 4, 2007 to address these issues, however the Court was not able at that time to address all pending motions.

4.  The parties agreed to schedule another telephonic conference at a later time to address the remaining outstanding issues. The conference still needs to be scheduled, however undersigned counsel has contacted the Court for available dates in January.

5.  The plaintiffs need to have the outstanding discovery issues resolved prior to being able to prepare and file dispositive motions and properly respond to the defendant's motion.

Accordingly, the plaintiffs are seeking an enlargement of time to respond to the defendant's motion for summary judgment until February 15, 2005.

The defendant though Attorney Heather Adams-Beman agrees to this request.

THE PLAINTIFF,

BY _____
Cheryl E. Heffernan
Faver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 21st day of December 2005, to:

Joel J. Rottner, Esq.
Heather Adams-Beman, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

_____
Cheryl E. Heffernan