# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | FEBRUARY 14, 2005 |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure, Rule 56, the plaintiffs, Joseph and Haim Attias hereby move for summary judgment as there are no genuine issues as to material fact regarding the defendant's Counterclaim alleging unjust enrichment and the plaintiffs are entitled to judgment as a matter of law. As more particularly set forth in the attached memorandum of law, the defendant is seeking money damages in the amount of $134,000 (plus interest and cost of investigating plaintiffs' claim), for money paid to the plaintiffs insurance company pursuant to the contract for insurance between the defendant and the plaintiffs. It is the plaintiffs' contention that this claim has no basis in law as any recovery of said funds would be controlled by the contract between the parties, the insurance policy.

WHEREFORE, the plaintiffs now move for summary judgment on the defendant's counter claim on the basis that no genuine issue of material fact or law exist and the plaintiffs are entitled to judgment as a matter of law. In support of this motion the plaintiffs rely on the attachment memorandum of law and Local Rule 56(a) 1 Statement.

THE PLAINTIFF,

BY _____
Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-230-2500
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 14th day of February, 2005 to:

Joel J. Rottner, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

                                                                                         _____
Cheryl E. Heffernan