UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 15 A 10:50
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | FEBRUARY 14, 2005 |

### PLAINTIFFS' LOCAL RULE 56 (c)1 STATEMENT

1. On or about July 29, 2002, the defendant, Patrons Mutual Insurance Company, issued a dwelling fire insurance policy effective July 29, 2002 for 476 New Britain Avenue, Harford, Connecticut, a three-family residence, naming Joseph and Haim Attias as insureds. (See policy declarations page, attached hereto as Exhibit A).

2. The plaintiffs paid the defendant a premium for said policy for the policy period. (See Affidavit of Haim Attias, paragraph 4, attached hereto as Exhibit B.)

3. The policy issued by the defendant bore the policy number DCT0023909 and was effective for the policy period of July 29, 2002 to July 29, 2003. (See Exhibit A.)

4. On October 8, 2002, the plaintiff Haim Attias obtained a mortgage through Ameriquest Mortgage Company in the amount of $137,000 for the property. (See Affidavit of Haim Attias, paragraph 5, attached hereto as Exhibit B.)

5. The mortgagee Ameriquest Mortgage Company was added by the defendant as a named mortgagee to policy number DCT0023909 effective October 8, 2002. (See policy declarations page, attached hereto as Exhibit C.)

6. Under the policy under the section entitled "Policy Conditions" page 13, paragraph number 10 provides: If we deny your claim, that denial does not apply to a valid claim of the mortgagee.." (See policy, page 13, paragraph # 10, attached hereto as Exhibit D.)

7. A fire occurred at 475 New Britain Avenue in Hartford, Connecticut on November 13, 2002. (See Hartford Fire Department Incident Report, page 1, attached hereto as Exhibit E.)

8. The City of Hartford Fire Marshall Determined the fire was caused by a furnace that was installed improperly. (See Fire Marshal's Report, attached hereto as Exhibit F.)

9. It was determined that the Furnace, which caused the fire, was installed 15 years prior to the plaintiffs' purchase of the property. (See excerpt from deposition testimony of Robert R Nattrass, page 24, lines 9-11, attached hereto as Exhibit G.)

10. On January 9, 2003, the defendant issued a denial of claim for the loss of the plaintiffs alleging material misrepresentations made by the insured during the course of the investigation. (See Denial Letter, page 1, attached hereto as Exhibit H.)

11. The defendant paid the mortgagee, Ameriquest $114,000.00 on or about July 24, 2003. (See affidavit of Scott Terra, paragraph 11, attached as Exhibit E of the defendant's Rules 56(a)1 statement stated December 14,2004 and copy of Patrons' check number 095611 attached hereto as Exhibit I.)

12. The defendant issued a check, endorsed to the plaintiffs and the mortgagee, to the plaintiffs in the amount of $20,000 on or about November 20, 2002 as an advance on the claim. The plaintiffs' turned that payment over to the mortgage Ameriquest as required. (See affidavit of Haim Attias, paragraph 7, attached hereto as Exhibit B.)

13. The policy of insurance between the parties does not provide for the insured to obtain interest or cost of claim investigation from an insured. (See Exhibit D, page 14.)

                THE PLAINTIFFS,

BY _____
Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-230-2500
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 14th day of February, 2005 to:

Joel J. Rottner, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

_____
Cheryl E. Heffernan