UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 15 A 10: 50

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | FEBRUARY 14, 2005 |

### PLAINTIFFS' LOCAL RULE 56 (c)2 STATEMENT

I.   **PLAINTIFFS' RESPONSE TO DEFENDANT'S LOCAL RULE 56 (a) 1 STATEMENT:**

1. The statements contained in paragraph 1 of the defendant's Local Rule 56(a) 1 Statement dated December 14, 2004 are admitted.

2. The statements contained in paragraph 2 of the defendant's Local Rule 56(a) 1 Statement dated December 14, 2004 are admitted

3. The statements contained in paragraph 3 of the defendant's Local Rule 56(a) 1 Statement dated December 14, 2004 are admitted.

4. The statements contained in paragraph 4 of the defendant's Local Rule 56(a) 1 Statement dated December 14, 2004 are admitted.

5. The statements contained in paragraph 5 of the defendant's Local Rule 56(a) 1 Statement dated December 14, 2004 are admitted.

6. The statements contained in paragraph 6 of the defendant's Local Rule 56(a) 1 Statement dated December 14, 2004 are admitted, however all the statements made in the supporting affidavit of Scot Terra are not admitted .

7. The statements contained in paragraph 7 of the defendant's Local Rule 56(a) 1 Statement dated December 14, 2004 are admitted.

8. The statements contained in paragraph 8 of the defendant's Local Rule 56(a) 1 Statement dated December 14, 2004 are admitted.

9. The statements contained in paragraph 9 of the defendant's Local Rule 56(a) 1 Statement dated December 14, 2004 are admitted, however the plaintiffs deny that they made any material misrepresentations during the course of the investigation. (See Affidavits of Joseph and Haim Attias, paragraph 10 of said affidavits, attached hereto as Exhibits A and B).

10. The statements contained in paragraph 10 of the defendant's Local Rule 56(a) 1 Statement dated December 14, 2004 as to the rebuilding of the property are admitted however the statement regarding the property's lack of demolition is denied. (Please see Affidavits of Joseph and Haim Attias, paragraph 11 of said affidavits, attached hereto as Exhibits A & B.)

11. The statements contained in paragraph 11 of the defendant's Local Rule 56(a) 1 Statement dated December 14, 2004 are admitted.

12. The plaintiffs deny the accuracy of the statements contained in paragraph 12 of the defendant's Local Rule 56(a) 1 Statement dated December 14, 2004. (Affidavit of Scott Terra attached to Defendant's Statement as Exhibit E does not support the statements contained in this paragraph) (See Affidavits of Joseph and Haim Attias, paragraph 12 of said affidavits, attached hereto as Exhibits A and B).

## II. MATERIAL FACTS FOR WHICH THERE EXIST GENUINE ISSUES TO BE TRIED:

1. Whether the plaintiffs have presented any testimony or evidence as to any facts to support the allegation that Patrons Mutual Insurance Company violated the Connecticut Unfair Insurance Practices Acts or the Connecticut Unfair Trade Practices Act. (Affidavit of Scot Terra,

paragraph 13, attached hereto as Exhibit C, Plaintiffs' Response to Discovery requests dated February 5, 2005, responses to interrogatories numbers 1, 2, 3, 4, & 5, attached hereto as Exhibit D, Plaintiffs' supplemental compliance with discovery requests dated February 11, 2005, response to interrogatory #5, attached hereto as Exhibit E.)

    2.    Whether the plaintiffs have entered into a contract for replacement/rebuilding of their property located at 475 New Britain Avenue, Hartford, Connecticut. (See Affidavits of Joseph and Haim Attias, paragraph 12 attached hereto as Exhibits A and B, and Construction Contract Attached here to as Exhibit F.)

THE PLAINTIFFS,

BY _____
Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-230-2500
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 14th day of February, 2005 to:

Joel J. Rottner, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT 06134-0890

_____
Cheryl E. Heffernan