FILED

2005 FEB 22 P 2: 52

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | February 18, 2005 |

### MOTION TO COMPEL DISCLOSURE,

Pursuant to Rule 37 (a) of the Federal Rules of Civil Procedure, the Plaintiffs hereby move the Court for an order compelling the Defendant to produce unredacted copies of claims files on Fire loss claims for dates of loss of 12/4/03 and 10/8/03 which were received in discovery redacted from the defendant. It is the plaintiffs' contention that those files help establish the pattern of conduct at issue in this case and accordingly the plaintiffs should be able to investigate those claims by contacting the insureds and attorneys involved. Currently the files are redacted, hiding identifying information including reference to the location of the properties, the names and contact information of the insureds and attorneys that represented the insureds in those matters. The defendant has claimed an obligation to protect the privacy of their insureds in the past, however has not offered any legal support for that position. Undersigned counsel for the plaintiffs contacted Attorney Heather Adams-Beman to determine whether the defendant would be willing to produce unredacted copies of those files. As of the time of this filing no response has be received from the defendant.

Wherefore the Plaintiffs moves the Court to order the defendant to produce unredacted copies of the claims files for dates of loss 12/4/03 and 10/8/03 previously produced in compliance with discovery requests in redacted form.

THE PLAINTIFF,

BY _____
Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 18th day of February 2005, to:

Heather Adams-Beman, Esq.
Joel Rottner, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT 06134-0890

_____
Cheryl E. Heffernan