FILED

2005 FEB 22 P 2: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | FEBRUARY 18, 2005 |

### AFFIDAVIT OF COUNSEL

Pursuant to Local Rule 9 of the District of Connecticut the undersigned counsel for the plaintiffs hereby submits the following affidavit in support of the Plaintiffs' motion to compel disclosure dated February 18, 2005.

STATE OF CONNECTICUT }
                     } at Hamden, February 18, 2005
COUNTY OF NEW HAVEN  }

I, Cheryl E. Heffernan, having been sworn hereby depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath;

2. The information contained herein is true to the best of my knowledge and basis on personal knowledge;

3. I am counsel for the plaintiffs Joseph and Hiam Attias the matter of *Attias v. Patrons Mutual Insurance of Connecticut* pending in the United State District Court for the District of Connecticut;

4. By way of supplement compliance with discovery requests dated October 22, 2004 the defendant produced copies of two redacted claims files of fire losses with dates of loss of 12/4/03 and 10/8/03.

5. The redactions in those files hide identifying information regarding the insureds, their attorneys and the location of the property at issue.

6. It is the plaintiffs' position that those files support the plaintiffs' claims in this case.

7. The plaintiffs with to investigate those claim in more detail and such requires contacting the insured involved;

8. On February 18, 2005 I left a voice mail message with Attorney Heather Adams-Bemen requesting disclosure of unredacted copies of those files.

9. As if the time of forwarding the plaintiffs' motion no response has been received regarding that request.

10. Wherefore the undersigned submits that good faith efforts have been made to resolve this discovery dispute .

_____
Cheryl E. Heffernan

Sworn to before me this 18th day of February, 2005.

_____
Thomas E. Farver
Commissioner of the Superior Court

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 18th day of February 2005, to:

Heather Adams-Beman, Esq.
Joel Rottner, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

_____
Cheryl E. Heffernan