UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | FEBRUARY 24, 2005 |

**DEFENDANT'S REQUEST FOR LEAVE TO FILE REPLY BRIEF AND MOTION
FOR ENLARGEMENT OF TIME FOR SCHEDULING ORDERS**

Pursuant to Local Rules 7 (b) and 7(d), the defendant, Patrons Mutual Insurance Company, hereby requests the opportunity to file a reply brief to the plaintiff's Objection to Defendant's Motion for Summary Judgment and further requests an extension of the March 8, 2005 filing deadline for the defendant's Objection to Plaintiff's Motion for Summary Judgment. The defendant is seeking an additional forty-five (45) days beyond the time to allow for the filing of responsive motions for the following reasons:

1. The defendant filed a Motion for Summary Judgment, dated December 14, 2004, after which date the plaintiffs sought an extension of the scheduling orders in which to file their own Motion for Summary Judgment.

2. One of the issues set forth in the defendant's Motion for Summary Judgment addressed the plaintiffs' failure to enter into a valid and binding contract for the

**SR/229353/hab**

- 2 -

     repair or replacement of the damaged property as a preclusion to the plaintiffs' recovery on a replacement cost basis.

3. The plaintiffs have included in the Objection to the Motion for Summary Judgment a contract for the repair and/or rebuilding of said property with an individual named Joseph Citino, which is dated after the defendant's Motion for Summary Judgment.

4. Based on the language of the agreement, the defendant seeks an opportunity to properly investigate the circumstances under which the contract was entered into and therefore seeks an opportunity to depose Mr. Citino regarding the same.

4. Plaintiffs' counsel has expressed an agreement to allowing for the deposition of Mr. Citino and further has expressed no objection to the extension of time to respond to the Plaintiffs' Motion for Summary Judgment.

5. Further, plaintiffs' counsel has disagreed with the defendant's request for an extension of time to file a reply brief to the Plaintiffs' Objection to Motion for Summary Judgment.

6. This is the defendant's second motion for extension of the scheduling orders in this matter.

**WHEREFORE**, the defendant requests an extension of time for an additional forty-five (45) days from the Court's March 8, 2005 deadline in which to file responsive pleadings.

                DEFENDANT, PATRONS MUTUAL
                INSURANCE COMPANY


By_____/S/_____
         Heather J. Adams-Beman
         Skelley Rottner P.C.
         P.O. Box 340890
         Hartford, CT  06134-0890
         Tel. (860) 561-7077
         Fax (860) 561-7088
         Federal Bar No. ct24091

## CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on February 24, 2005, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518
*Tel. (203) 288-8266*

_____/S/_____
Heather J. Adams-Beman