UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | MARCH 3, 2005 |
| COMPANY OF CONNECTICUT | : | |

## DEFENDANT'S MOTION TO AMEND ITS LOCAL RULE 56(a)1 STATEMENT

The defendant, Patrons Mutual Insurance Company, filed a Local Rule 56(a)1 Statement with its Motion for Summary Judgment, dated December 14, 2004. The defendant now submits a motion to amend statements numbered 8 and 10 to comply with Local Rule 3, requiring citation to "the affidavit of a witness competent to testify as to the facts at trial." The affidavit of Scott Terra was attached as Exhibit E in the defendant's motion, dated December 14, 2004, but the statements numbered 8 and 10 did not cite to the affidavit. The defendant's statements, and amendments to the statements, indicated in bold, are as follows:

8. The adjustment of said loss was assigned to Scott Terra, a property loss adjuster for Patrons Mutual Insurance Company. (**See Affidavit of Scott Terra, attached hereto as Exhibit E)**.

10. To date, said property has been neither repaired nor replaced by the insureds. (**See Affidavit of Scott Terra, attached hereto as Exhibit E)**.

                                     DEFENDANT, PATRONS MUTUAL
                                          INSURANCE COMPANY

By_____\S_____
               Heather J. Adams-Beman
               Skelley Rottner P.C.
               P.O. Box 340890
               Hartford, CT  06134-0890
               Tel. (860) 561-7077
               Fax (860) 561-7088
               Federal Bar No. ct24091

SR/229564/tao
7373-03002

CERTIFICATION

      I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on March 3, 2005, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518
*Tel. (203) 288-8266*

    \S\
    Heather J. Adams-Beman

SR/229564/tao
7373-03002