UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | MARCH 15, 2005 |
| COMPANY OF CONNECTICUT | : | |

**DEFENDANT'S, PATRONS MUTUAL INSURANCE COMPANY OF CONNECTICUT, OBJECTION TO MOTION TO COMPEL DISCLOSURE**

The defendant, Patrons Mutual Insurance Company of Connecticut, hereby objects to the plaintiff's motion for order from the Court compelling the defendant to produce unredacted copies of its claims files previously produced in accordance with the Court's ruling. The plaintiff has provided no authoritative basis upon which they have a right to review the personal information of the defendant's insureds who are not parties to the present litigation. To the extent that the plaintiffs are attempting to establish an as of yet unidentified insurance practice on the part of Patrons Mutual Insurance Company in the handling of "major fire losses" said information regarding the Company's handling of the loss is contained in the claims file rather than with the insureds. Given that the plaintiff has failed to provide adequate notice as to the specific pattern or practice for which the information is sought, the defendants object to the plaintiffs conducting a fishing expedition with the defendant's insureds.

**SR/229926**

Furthermore, as previously the protection of the privacy of the insureds is of utmost importance as set forth in Connecticut General Statutes 38a-975 et seq. entitled the Connecticut Insurance Information and Privacy Protection Act.

The defendants have previously provided the plaintiffs with the entire claims files for the subject losses except for the identification information of the defendants insureds and hereby object to the request for the production of the remainder of the files without explanation of a compelling need for such information and a court order requiring such.

>
> DEFENDANT, PATRONS MUTUAL
> INSURANCE COMPANY
>
>
> By_____/S/_____
> Heather J. Adams-Beman
> Skelley Rottner P.C.
> P.O. Box 340890
> Hartford, CT  06134-0890
> Tel. (860) 561-7077
> Fax (860) 561-7088
> Federal Bar No. ct24091

## CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on March 15, 2005, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518
*Tel. (203) 288-8266*


_____/S/_____
Heather J. Adams-Beman