# EXHIBIT A

VOL 5081 PG 059

2004 JUL -6 A 11: 28

010734

### CERTIFICATION OF LIEN
Against
### REAL ESTATE

This is to certify that the **City of Hartford**, a municipal corporation in the County of Hartford and State of Connecticut, in accordance with Connecticut General Statutes Sec. 49-73b hereby acknowledges that it has incurred expenses securing of real estate owned by **Joseph Atias & Haim Atias** and situated in the city of Hartford, County of Hartford and State of Connecticut on **475 NEW BRITAIN AVENUE** which lot is more particularly described in Exhibit A attached hereto and made a part thereof.

The **City of Hartford** commenced to incur expenses, as a result of rendering of services by the City to perform secure said real estate and make it safe on June 1, 2004 and ceased incurring expenses on June 14, 2004.

Wherefore, the **City of Hartford** now by these presents claims a lien on said land, owned by **Joseph Atias & Haim Atias**, up to and including the amount of **Twenty-two thousand nine hundred dollars and 00/100 (22,900.00)** which sum is justly due to the **City of Hartford**, as nearly as the same can be ascertained, and to this end it now makes and lodges with the Town Clerk of the town in which said building is situated this certificate.

In Witness Whereof, I have hereunto set my hand this 2 day of July, 2004.

WITNESSES:                          CITY OF HARTFORD

_Chantal Skipditch_                 BY _Ivan A. Ramos_
                                    Ivan A. Ramos
                                    Assistant Corporation Counsel

_Carl R. Nasdu_

STATE OF CONNECTICUT
                            ss. Hartford, July    , 2004
COUNTY OF HARTFORD

    Personally appeared, Ivan A. Ramos, Assistant Corporation Counsel for the City of Hartford, and made sworn oath to the truth of the foregoing instrument and that the above amount is justly due to said City of Hartford as nearly as the same can be ascertained.

_Carl R. Nasdu_
Commissioner of the Superior Court

**Return to**
**Corporation Counsel**

Volume 4598, Page 79

I CERTIFY THIS TO BE A TRUE COPY OF A DOCUMENT RECORDED IN THE HARTFORD LAND RECORDS.
RECEIVED FOR RECORD JULY 6, 2004
AT 11:28 A.M. VOL. 5081 PAGE 59

~~BERMXX~~ ASST. TOWN CLERK

VOL 5081 PG 060

# EXHIBIT A

A Certain piece or parcel of land, with the buildings thereon, situated in the Town and County of Hartford and State of Connecticut, know as No. 475-477 New Britain Avenue, and being more particularly bounded and described as follows:

NORTHERLY:   by land now or formerly of Pauline Cannarella, 195 feet, more or less;

EASTERLY:    by land now or formerly of Daisy M. Eno, 40 feet;

SOUTHERLY:   by land now or formerly of the Ro-Jac Construction Company, 222 feet, more or less; and

WESTERLY:    by New Britain Avenue, 55 feet.