# EXHIBIT  B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | MARCH 3, 2005 |
| COMPANY OF CONNECTICUT | : | |

### **DEFENDANT'S MOTION TO AMEND ITS LOCAL RULE 56(a)1 STATEMENT**

The defendant, Patrons Mutual Insurance Company, filed a Local Rule 56(a)1

Statement with its Motion for Summary Judgment, dated December 14, 2004. The

defendant now submits a motion to amend statements numbered 8 and 10 to comply with

Local Rule 3, requiring citation to "the affidavit of a witness competent to testify as to the

facts at trial." The affidavit of Scott Terra was attached as Exhibit E in the defendant's

motion, dated December 14, 2004, but the statements numbered 8 and 10 did not cite to the

affidavit. The defendant's statements, and amendments to the statements, indicated in bold,

are as follows:

8.      The adjustment of said loss was assigned to Scott Terra, a property loss

adjuster for Patrons Mutual Insurance Company.  (**See Affidavit of Scott Terra, attached

hereto as Exhibit E**).

10.     To date, said property has been neither repaired nor replaced by the insureds.

(**See Affidavit of Scott Terra, attached hereto as Exhibit E**).

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY


By _____
Heather J. Adams-Beman
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT  06134-0890
Tel. (860) 561-7077
Fax (860) 561-7088
Federal Bar No. ct24091

SR/229564/tao
7373-03002

## CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on March 3, 2005, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT 06518
*Tel. (203) 288-8266*

Heather J. Adams-Beman

SR/229564/tao
7373-03002