# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | DECEMBER 13, 2004 |
| COMPANY OF CONNECTICUT | : | |

## AFFIDAVIT OF SCOTT TERRA

The undersigned, being duly sworn, hereby deposes and says:

1. I, Scott Terra, am over the age of 18 years and I believe in the obligations of an oath.

2. I have personal knowledge of the facts contained in this affidavit.

3. I am a Property Loss Claims Adjuster employed by Patrons Mutual Insurance Company.

4. I was assigned to adjust the loss that occurred on November 13, 2002 at the property located at 475 New Britain Avenue, Hartford, Connecticut.

5. Said fire caused substantial damage to the structure resulting in a determination that the property was a total loss.

SR/227144/hab

6. I was present at the scene of the fire on the date of the loss and was advised by Joseph Attias that the property had been renovated at the time the loss occurred.

7. In December 2002, I issued an advance to the Attias' in the amount of $20,000.

8. I was present Examinations Under Oath of Joseph Attias and Haim Attias.

9. My investigation of the November 13, 2002 fire revealed that the Attias' were claiming that substantially more renovations and improvements had been completed on the property than could be verified.

10. The Patrons Mutual investigation of the November 13, 2002 fire loss revealed that the insureds overstated the amounts paid to contractors for services performed on the property and the extent of the work performed on the property.

11. On July 16, 2003, I issued payment to Ameriquest Mortgage Company in the amount of One Hundred Fourteen Thousand Dollars ($114,000) in satisfaction of their mortgage lien on the property. Said payment represented the balance due on the actual cash value of the property which was agreed on with Ameriquest to be $134,000, after deduction of the $20,000 previous advance.

12. As of the date of this affidavit, it is my understanding that the property is still owned by Joseph and Haim Attias and has not been demolished or rebuilt.

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693

13. The Examinations Under Oath of Joseph Attias and Haim Attias did not disclose any evidence that Patrons Mutual Insurance Company violated any insurance practices in the investigation or adjustment of the Attias' claim.

Further, the affiant sayeth not.

_____
Scott Terra

Subscribed and sworn to, before me,
this 13th day of December 2004.

_____
Commissioner of the Superior Court

- 3 -