# EXHIBIT D

Case 3:03-cv-01009-SRU    Document 83-5    Filed 04/25/2005    Page 1 of 3

COPY

1

STATE OF CONNECTICUT

EXAMINATION UNDER OATH

OF

JOSEPH ATIAS

DECEMBER 11, 2002

APPEARANCES:

   LAW OFFICES OF STUART GLENN BLACKBURN
     Two Concorde Way
     P.O. Box 608
     Windsor Locks, Connecticut 06096
     (860) 292-1116
   BY: MARGARET RALPHS, ESQUIRE

Also Present:  Scott Terra

PLAINTIFF'S
EXHIBIT NO. 7
FOR IDENTIFICATION
1/9/04
DATE:      RPTR: LC

Wendy J. Leard
Registered Merit Reporter
CSR # 00039

NIZIANKIEWICZ & MILLER REPORTING SERVICES
972 Tolland Street
East Hartford, Connecticut 06108-1533
(860) 291-9191

COPY

1

1      STATE OF CONNECTICUT

2

3

4      EXAMINATION UNDER OATH

5           OF

6         HAIM ATIAS

7

8      DECEMBER 11, 2002

9

10

11

12   APPEARANCES:

13

14     LAW OFFICES OF STUART GLENN BLACKBURN
         Two Concorde Way
15       P.O. Box 608
         Windsor Locks, Connecticut 06096
16       (860) 292-1116
       BY: MARGARET RALPHS, ESQUIRE
17

18

19   Also Present:   Scott Terra

20

21

22            Wendy J. Leard
         Registered Merit Reporter
23           CSR # 00039

24    NIZIANKIEWICZ & MILLER REPORTING SERVICES
              972 Tolland Street
25      East Hartford, Connecticut 06108-1533
               (860) 291-9191

PLAINTIFF'S
EXHIBIT NO. 6
FOR IDENTIFICATION
DATE: 1/9/04   RPTR: LC