# EXHIBIT F

Case 3:03-cv-01009-SRU   Document 83-7   Filed 04/25/2005   Page 2 of 3



**PATRONS MUTUAL INSURANCE COMPANY of CT**
PO Box 6517
Glastonbury, CT 06033

Check No: 095611  Date Paid: 07/24/2003
Claim No: 00091712  Loss Date: 11/13/2002
Policy No: DCT0023909  Agency No: 291 CT

Insured: JOSEPH & HAIM ATIAS
Claimant:

Total Amount of Check   $114,000.00

Payees: AMERIQUEST MORTGAGE COMPANY
RE: 475 NEW BRITAIN AVENUE, HARTFORD, CT.

Coverage Type                Amount
COV A - DWELLING           $114,000.00

Agency: CHARLES G MARCUS AGCY
842 SILAS DEANE HGWY
PO BOX 290756
WETHERSFIELD, CT 06129-0756

Agency Copy



**PATRONS MUTUAL INSURANCE COMPANY of CT**
PO Box 6517
Glastonbury, CT 06033

Check No: 095611  Date Paid: 07/24/2003
Claim No: 00091712  Loss Date: 11/13/2002
Policy No: DCT0023909  Agency No: 291 CT

Insured: JOSEPH & HAIM ATIAS
Claimant:

Total Amount of Check   $114,000.00

Agency: CHARLES G MARCUS AGCY
842 SILAS DEANE HGWY
PO BOX 290756
WETHERSFIELD, CT 06129-0756

Coverage Type                Amount
COV A - DWELLING           $114,000.00

Mail To: AMERIQUEST MORTGAGE COMPANY
ATT: SUSAN SPEER
505 CITY PARKWAY WEST
ORANGE, CA 92868

000363

Payee Copy

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**PATRONS MUTUAL INSURANCE COMPANY of CT**
PO Box 6517
Glastonbury, CT 06033

Check No: 095611  Date Paid: 07/24/2003
Claim No: 00091712  Loss Date: 11/13/2002
Policy No: DCT0023909  Agency No: 291 CT

Pay to the Order of: AMERIQUEST MORTGAGE COMPANY
RE: 475 NEW BRITAIN AVENUE, HARTFORD, CT.

**CHECK AMOUNT**
$114,000.00

*One Hundred Fourteen Thousand and 00/100 Dollars*

SIGNATURE HAS A COLORED BACKGROUND - BORDER CONTAINS MICROPRINTING
NOT VALID UNLESS CASHED WITHIN 90 DAYS

Payable at: FLEET BANK
HARTFORD, CT 06103
51-57/119

TWO SIGNATURES REQUIRED IF AMOUNT EXCEEDS $50,000

⑈095611⑈ ⑆011900571⑆ 9447⍰ 00710⑈



PATRONS MUTUAL INSURANCE COMPANY of CT
PO Box 6517
Glastonbury, CT 06033

| | | |
|---|---|---|
| Insured: | JOSEPH & HAIM ATIAS | Check No: 090962  Date Paid: 11/27/2002 |
| Claimant: | | Claim No: 00091712  Loss Date: 11/13/2002 |
| | | Policy No: DCT0023909  Agency No: 291 CT |
| Agency: | CHARLES G MARCUS AGCY | |
| | 842 SILAS DEANE HGWY | Total Amount of Check |
| | PO BOX 290756 | $20,000.00 |
| | WETHERSFIELD, CT 06129-0756 | |
| | | Coverage Type  Amount |
| | | COV A - DWELLING  $20,000.00 |
| Mail To: | JOSEPH & HAIM ATIAS | |
| | 884 EDGEWOOD DRIVE | |
| | WESTBURY, NY 11590 | |

Payee Copy

PATRONS MUTUAL INSURANCE COMPANY of CT
PO Box 6517
Glastonbury, CT 06033

Check No: 090962  Date Paid: 11/27/2002
Claim No: 00091712  Loss Date: 11/13/2002
Policy No: DCT0023909  Agency No: 291 CT

Pay to the Order of
JOSEPH & HAIM ATIAS
AMERIQUEST MTG CORP
RE: ADVANCE FOR DEBRIS REMOVAL

Twenty Thousand and 00/100 Dollars

CHECK AMOUNT
$20,000.00

Payable at: FLEET BANK
HARTFORD, CT 06103
51-57/119

NOT VALID UNLESS CASHED WITHIN 90 DAYS

TWO SIGNATURES REQUIRED IF AMOUNT EXCEEDS $50,000

⑈090962⑈ ⑆011900571⑆ 94470 007101⑈