# EXHIBIT H

02/03/2005 10:58 FAX                                                                @0

Feb 03 05 12:14p        Providian                                        860296
02/02/2005 16:08 FAX                                                        @002

## CONSTRUCTION AGREEMENT

For the sum of Four Hundred Thousand Dollars ($400,000.00), Providian Builders of CT LLC will provide the following labor and material to complete the construction of a 3 - story, three family dwelling as specified in the construction documents dated January 31, 2005. The property address upon which the structure will be built is known as 475 New Britain Avenue, Hartford, CT.

| # | Item | Specification |
|---|---|---|
| 1. | Demolition and Debris Removal | As Required |
| 2. | Excavation | As Required |
| 3. | Water and Sewer | To Existing Service on Property |
| 4. | Footing | 2500PSI Poured Concrete |
| 5. | Foundation | 3000 PSI Poured Concrete |
| 6. | Basement | |
| 7. | Interior Footing Drains | To Sump Pit located in Basement |
| 8. | Framing | As Specified |
| 9. | Windows (Vinyl) | Silver Line 1400 Series |
| 10. | Exterior Doors (Steel) | 4 Panel 2 Lite |
| 11. | Roofing (From Builders Selection) | 25 Year Arch |
| 12. | Vinyl Siding (From Builder Selection) | Double 4" |
| 13. | Plumbing | Fixtures as Supplied by Builder |
| 14. | Heating (To Code) | Equipment Supplied by Heating Contractor |
| 15. | Electrical (To Code) | Fixtures Supplied by Electrical Contractor |
| 16. | Insulation (To Code) | R-19 Walls |
| 17. | Drywall | As Specified in Drawings Doors- |
| 18. | Interior Doors | 6 panel (masonite) Window 2 ½ |
| 19. | Interior Trim (Colonial) | Finger Jointed Base 3 ¼ Finger Jointed As Provided by Builder |
| 20. | Cabinets (Star Hardware Brand) | Kitchen & Bath Ceramic |
| 21. | Flooring | Bedrooms-Oak Hardwood Ceilings-Popcorn Texture, Walls |
| 22. | Painting | Flat-Off White Trim- Semi Gloss Latex |
| 23. | Interior Stairs | As Specified in Drawings |
| 24. | Driveway (Remove existing pavement and re-pave in existing location) | |
| 25. | Final Cleaning | |

02/03/2005 10:58 FAX

Feb 03 05 12:23p      Providian                                860296

02/02/2005 18:08 FAX                                              ☒003

Page 2 of 2

This contract is contingent on the homeowners receiving replacement value insurance coverage on their Fire Loss policy with Patrons Mutual Insurance Company by way of settlement or verdict in their pending court case against Patrons Mutual Insurance Company. In the event that the Homeowner do not receive full compensation from Patron's Mutual Insurance Company this agreement is subject to cancellation by homeowners without penalty.

Due to the above is expressly understood by the parties that the work covered under this contract will not be commenced by Providian Builders of CT until there is a favorable resolution of the owners' pending case against their insurance company. Once such resolution is obtained Providian Builders of CT will however, proceed with due diligence to complete this project in a timely and professional fashion. In the event that exterior tasks such as the driveway or landscaping are incomplete due to the weather, we will complete them when the weather permits. It is agreed that in this event, payment No. 5, will be adjusted to $1,500.00 and a sixth payment will then be due upon completion of the driveway and landscaping in the amount of $3,500.

Payments Schedule will be as follows:

| | |
|---|---|
| 1. Deposit | $75,000.00 |
| 2. Weather Tight | $80,000.00 |
| 3. Rough Mechanicals & Insulation | $80,000.00 |
| 4. Sheetrock, Doors, Trim Cabinets | $80,000.00 |
| 5. Upon and Issuance of C/O | $85,000.00 |
| Total Payments | $400,000.00 |

Providian Builders of CT, of 248 Franklin Avenue, Hartford, CT, acknowledge and accepts this agreement in it's entirety.

_____
Joseph Citino Managing Member Contractors No. 2090

We, Haim Attias & Joseph Attias acknowledge and accept this agreement in its entirety.
_____
Haim Attias

_____
Joseph Attias