UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : CIVIL ACTION NO. |
| | : 3:03 CV 01009 (SRU) |
| VS. | : |
| | : |
| PATRONS MUTUAL INSURANCE | : APRIL 21, 2005 |
| COMPANY OF CONNECTICUT | : |

## DEFENDANT'S LOCAL RULE 56(a)2 STATEMENT

**I.    RESPONSE TO PLAINTIFF'S LOCAL RULE 56(a)1 STATEMENT**

1. Deny. The defendant issued a policy of insurance for 475 New Britain Avenue and not 476 New Britain Avenue. See plaintiffs' Exhibit A, the declaration page.

2. Admit.

3. Admit.

4. Deny. The mortgage was obtained on October 9, 2002, through Ameriquest Mortgage Company, and was for $144,000. See **Exhibit A** for a copy of the mortgage deed.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. Admit as to the issuance of a check of $20,000 on or about November 20, 2002, payable to plaintiffs and the mortgagee. As to what plaintiffs did with the check, the defendant leave the plaintiffs to their proof.

13. Admit as stated; that the policy of insurance between the parties does not provide for the **insured** to obtain interest or cost of claim investigation from an **insured**.

## II. DEFENDANT'S DISPUTED ISSUES OF MATERIAL FACT

The basis of Patrons Mutual's counterclaim is that the plaintiffs made the material misrepresentations to the Patrons Mutual Insurance Company and that as a result the policy of insurance is void as to the plaintiffs. Specifically, Patrons Mutual alleges that the plaintiffs misrepresented the extent of the repairs and renovations made and the amount spent for repairs and renovations to the insured property after its purchase in August 2002 and prior to the fire on November 13, 2002. See **Exhibit B**, Scott Terra's affidavit, paragraph 9 and 10. However, although these allegations constitute issues of material fact, the substance of the plaintiffs' argument is that even should these allegations be true the Patrons Mutual Insurance Company is not entitled to recover from the plaintiffs the amount paid to the mortgagee and the expense of its investigation.

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY

By _____
Heather J. Adams-Beman
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT 06134-0890
Tel. (860) 561-7077
Fax (860) 561-7088
Federal Bar No. ct24091

SR/229765/tao
7373-03002

## CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on April 21, 2005, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518
*Tel. (203) 288-8266*

                                                  Heather J. Adams-Beman

SR/229765/tao
7373-03002