# EXHIBIT C

Case 3:03-cv-01009-SRU    Document 84-5    Filed 04/25/2005    Page 1 of 2

VOL 4971 PG 200

2004 MAR -1 P 3: 47

003188

Recording Requested By:
LANDAMERICA DEFAULT SERVICES

And When Recorded Mail To:
LANDAMERICA DEFAULT SERVICES
P.O. BOX 25088
SANTA ANA, CA 92799

_____Space above for Recorder's use_____

Loan#: 0038974176    RLS#: 102882     +

# RELEASE OF MORTGAGE / DEED OF TRUST

KNOW ALL MEN BY THESE PRESENTS: That the undersigned for and in consideration of the payment of indebtedness secured and the cancellation of all the notes thereby secured and the sum of one dollar, the receipt whereof is hereby acknowledged, does hereby remise, release, satisfy, convey and quit claim unto: JOSEPH ATIAS AND HAIM ATIAS, heirs, legal representatives, successors and/or assignees, and assigns all right, title, interest, claim, or demand whatsoever it may have acquired in, through or by a certain Mortgage/Deed of Trust bearing the date OCTOBER 09, 2002, and filed for the record in the Land Records of the township of HARTFORD in HARTFORD county, state of CONNECTICUT, as Instrument No. 014198, in Book No. 4635, at Page No. 285 on OCTOBER 15, 2002.

IN TESTIMONY WHEREOF, the said, AMERIQUEST MORTGAGE COMPANY, has caused these presents to be signed by its Assistant Vice President.
Dated: FEBRUARY 12, 2004

AMERIQUEST MORTGAGE COMPANY

BY: _____
DANIEL T. ESKEW, Assistant Vice President

WITNESS:

_____    _____
CHRIS TRAN                          RUBEN VELIZ

State of    CALIFORNIA     }
County of   ORANGE         } ss.

On FEBRUARY 12, 2004, before me, E.A.HILLMAN, personally appeared DANIEL T. ESKEW, Assistant Vice President personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____
(Notary Name): E.A.HILLMAN

E. A. HILLMAN
COMM. # 1376958
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
COMM. EXP. SEPT. 27, 2006

I CERTIFY THIS TO BE A TRUE COPY
OF A DOCUMENT RECORDED IN THE
HARTFORD LAND RECORDS.
RECEIVED FOR RECORD MARCH 1, 2004
AT 3:47 P.M. VOL. 4971 PAGE 200

_____
XXXXXX ASST. TOWN CLERK