FILED

2005 MAY -5  A 9: 44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | APRIL 28, 2005 |

## PLAINTIFFS' REQUEST FOR LEAVE TO FILE RESPONSE BRIEF TO DEFENDANT'S REPLY BRIEF TO PLAINTIFFS' OBJECTION DEFENDANT'S TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 9 (b) and (c) the Plaintiffs Joseph & Haim Attias, hereby request through their counsel for permission to file a response brief to the defendant's reply to the plaintiffs' Objection to Defendant's Motion for Summary and to be permitted to file said brief on or before May 10, 2005 for the following reasons:

1. The Defendant's motion for Summary Judgment was filed on or about December 14, 2004;

2. The Plaintiffs filed their objection to said motion on or about February 14, 2005;

3. On or about February 24, 2005, the Defendant sought the Court's permission to conduct additional discovery and file a reply to the plaintiff's objection, which was subsequently granted by the Court.

4. The Defendant's filed that reply on or about April 21, 2005, in which new areas of law are presented and argued by the defendant in support of its motion for summary judgment and in reply to the Plaintiffs' objection.

5. Undersigned Counsel for the Plaintiffs was away on a family vacation until April 25, 2005;

6. Therefore a response brief is appropriate to address these new legal arguments of the defendant and the additional time to file such is also required to properly and fully respond to the Defendant's reply brief.

7. Attorney Heather Adams-Beman has no objection to the granting of this request.

WHEREFORE, the plaintiffs' request permission to file a response brief to the defendant's Reply to the Plaintiffs' Objection to the Defendant's Motion for Summary Judgment by May 10, 2005.

THE PLAINTIFF,

BY _____
Cheryl E. Heffernan
Faver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 28th day of April 2004, to:

Joel J. Rottner, Esq.
Heather Adams-Beman, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

_____
Cheryl E. Heffernan