FILED

2005 MAY -5 A 9: 44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | APRIL 28, 2005 |

### PLAINTIFFS' REQUEST FOR LEAVE TO FILE REPLY BRIEF TO DEFENDANT'S OBJECTION TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 9 (b) and (c) the Plaintiffs Joseph & Haim Attias, hereby request through their counsel for permission to file a reply brief to the defendant's Objection to Plaintiff Motion for Summary and to be permitted to file said brief on or before May 10, 2005 for the following reasons:

1. The Plaintiffs' motion for Summary Judgment was filed on or about February 14, 2005;

2. The Defendant filed its objection to said motion on or about April 21, 2005

3. Undersigned Counsel for the Plaintiffs was away on a family vacation until April 25, 2005;

4. In the Objection to the Summery Judgment Motion, the Defendant appears to be arguing on cause of action not plead in its counterclaim.

5. Therefore a reply brief is appropriate to address these unpled claims of the defendant and the additional time to file such is also required to properly and fully reply to the Defendant's objection to the plaintiffs' motion.

6. Attorney Heather Adams-Beman has no objection to the granting of this request.

WHEREFORE, the plaintiffs' request permission to file a reply brief to the defendant's Objection to the Plaintiffs' Motion for Summary Judgment by May 10, 2005.

THE PLAINTIFF,

BY _____
Cheryl E. Heffernan
Faver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 28th day of April 2004, to:

Joel J. Rottner, Esq.
Heather Adams-Beman, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT 06134-0890

_____
Cheryl E. Heffernan

2