UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JOSEPH ATTIAS & HAIM ATTIAS : CIVIL ACTION NO.
: 3:03 CV 01009 (SRU)
VS. :
:
PATRONS MUTULA INSURANCE : MAY 9, 2005
COMPANY OF CONNECTICUT :

2005 MAY 10 A 9:30
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

**PLAINTIFFS' MOTION TO AMEND ITS LOCAL RULE 56(A)1 STATEMENT**

The plaintiffs, Joseph and Haim Attias, filed a Local Rule 56(a)1 Statement with its Motion For Summary Judgment dated February 14, 2005. The plaintiffs now submits a motion to amend statement numbers 1, 4 and 13 to correct a typographical and clerical errors contained therein. The plaintiffs' statements, and amendments thereto indicated in bold, is as follows:

1. On or about July 29, 2002, the defendant, Patrons mutual Insurance Company issued a dwelling fire policy effective July 29, 2002 for **475** New Britain Avenue, Hartford, Connecticut, a three family residence, naming Joseph and Haim Attias as insureds. (See policy declarations page attached hereto as Exhibit A.)

4. On October **9**, 2002, the plaintiff Haim Attias obtained a mortgage through Ameriquest Mortgage Company in the amount of **$144,800.00** for the property. (See Affidavit of Haim Attias, paragraph 5 attached hereto as Exhibit B.)

13. The policy of insurance between the parties des not provide for the **insurer** to obtain interest of cost of claim investigation from an insured.

1

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS,

BY _____
Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-230-2500
Facsimile: 203-288-4702
Fed Bar No. CT 06473

**CERTIFICATION**

I hereby certify that a copy of the foregoing was forwarded vat first class mail, postage prepaid, this 9th day of May, 2005 to the following:

Joel J. Rottner, Esquire
Heather Adams-Beman, Esquire
Skelley Rottner P.C.
P.O. Box 340890
Hartford, Connecticut 06134-0890
Telephone:   860-561-7077
Facsimile:   860-561-7088

_____
Cheryl E. Heffernan

2