FILED

2005 AUG 22 P 2:58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | August 19, 2005 |

**PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO**

**DEFENDANT'S SUBSTITUTED COUNTERCLAIM DATED AUGUST 1, 2005**

1. Paragraph 1 is admitted.

2. Paragraph 2 is denied.

3. Paragraph 3 is denied.

4. Paragraph 4 is admitted.

5. The plaintiffs have no or inadequate knowledge of the facts contained in paragraph 5 and therefore leave the defendant to it proof.

6. In so far as the allegations in paragraph 6 alleges that the defendant paid the plaintiffs' mortgage bank $114,000 it admitted. As to the remaining allegations regarding the basis on which said payment was made, the plaintiffs have insufficient information on which to form a belief and therefore leave the defendant to its proof.

7. In so far as paragraph 7 alleges that the defendant made a payment of $20,000 to the plaintiff is admitted. The remaining allegations are denied.

8. Paragraph 8 is denied.

9. Paragraph 9 is denied.

### BY WAY OF FIRST AFFIRMATIVE DEFENSE

The defendant's counterclaim fails to state a legal claim on which relief can be granted.

### BY WAY OF SECOND AFFIRMATIVE DEFENSE

The defendant's claim of breach of contract is barred by the limitations period set forth within the subject contract.

### BY WAY OF THIRD AFFIRMATIVE DEFENSE

The defendant's claim for subrogation fails to state a claim on which relief can be granted in that the defendant did not obtain an assignment from the mortgagee.

### BY WAY OF FOURTH AFFIRMATIVE DEFENSE

The defendant's claim for unjust enrichment fails to state a claim on which relief can be granted as a matter of law.

### BY WAY OF FIFTH AFFIRMATIVE DEFENSE

The defendant's claim for subrogation is invalid as a matter of law in that the mortgagee has released the plaintiffs from the subject mortgage prior to the commencement by the defendant of this counterclaim.

THE PLAINTIFFS,

BY _____
Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 19th day of August 2005, to:

Joel Rottner, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

_____
Cheryl E. Heffernan

3