UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | OCTOBER 11, 2005 |

**DEFENDANT'S MOTION TO PRECLUDE PLAINTIFFS' EXPERT WITNESS, LOUIS E. RANCIATO**

The defendant, Patrons Mutual Insurance Company of Connecticut, moves the Court to preclude the testimony of plaintiffs' expert, Louis E. Ranciato, who was disclosed by the plaintiffs on September 26, 2005. Defendant sets forth the following in support of said motion:

1. The parties in this matter entered into scheduling orders that set a deadline of August 31, 2004 for the completion of all discovery. To the knowledge of the defendant, all discovery has been completed.

2. On or about September 27, 2005, the defendant received the disclosure of expert witness filed by the plaintiffs, dated September 26, 2005, more than a year after the expiration of the discovery deadlines.

**SR/235868/hab**

- 2 -

3. Said disclosure has been filed without seeking permission of the Court to enlarge the scheduling orders which are applicable in this matter and in fact is well after the parties have filed dispostive motions in this matter for which the Court has rendered decisions.

4. The plaintiffs have included a copy of a report prepared by Mr. Ranciato that presumably outlines his opinions in this matter. A careful review of said opinions reflects conclusions which are not directly related to the issues which are the subject of the dispute in this matter as they are Mr. Ranciato's commentary on the insurance industry as a whole rather than the specific practices employed by Patrons Mutual in this particular matter.

5. Furthermore, many of the opinions rendered by Mr. Ranciato are well beyond the experience and qualifications set forth in the disclosure. Mr. Ranciato is rendering legal opinions regarding the interpretation and application of the terms and conditions of the subject policy of insurance without the necessary training and experience to render such opinions.

6. The defendant objects to Mr. Ranciato being afforded an opportunity to proselytize on the flaws within the insurance industry when such opinions are beyond the scope of his experience and expertise and are not related to the issues in dispute in this matter.

7. Mr. Ranciato's preferred practices in the handling of his own business are also not the proper subject of expert testimony in this matter as Mr. Ranciato was not the public adjuster retained by the plaintiffs but rather became involved nearly three years after the subject loss occurred.

8. Given the broad nature of Mr. Ranciato's opinions, it would be highly prejudicial to the defendants to allow Mr. Ranciato to provide any expert testimony without allowing the defendant to ascertain Mr. Ranciato's opinions through a deposition prior to trial.

9. Finally, the report provided by Mr. Ranciato is overly broad and insufficiently definite to state and identify his opinions with respect to the present claim, and therefore it is prejudicial to the defendants to allow such a late disclosure in the manner in which it has been presented.

- 4 -

**WHEREFORE**, the defendant seeks the preclusion of Mr. Ranciato's testimony in the above matter.  In the alternative, the defendant would seek to limit Mr. Ranciato's testimony to the methods by which valuation may determined by deducting depreciation from the replacement cost of the property.

                DEFENDANT, PATRONS MUTUAL
                   INSURANCE COMPANY


By_____/s/_____
        Heather J. Adams-Beman
        Skelley Rottner P.C.
        P.O. Box 340890
        Hartford, CT  06134-0890
        Tel. (860) 561-7077
        Fax (860) 561-7088
        Federal Bar No. ct24091

CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on October 11, 2005, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518
*Tel. (203) 288-8266*

_____/s/_____
Heather J. Adams-Beman