UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | DECEMBER 12, 2005 |

**PLAINTIFFS' MOTION TO EXTEND PLAINTIFF'S DEADLINE TO DISCLOSE EXPERT WITNESS**

The Plaintiffs Joseph & Haim Attias, hereby request through their counsel to extend the deadline for disclosing expert witnesses to disclosure as an expert witness Louis E. Ranciato of Executive Adjustment Services, LLC, in Durham, Connecticut in lieu of Darin R. Checchia, of Adjusters International in Albany, New York who was previously disclosed.  Undersigned counsel faxed a request to defense counsel Heather Adams-Beman regarding the defendant's position on this motion.  As of the time of filing, no response has been received.

In support of this motion the plaintiff's assert the following:

1. The deadline for disclosing expert witnesses expired on August 31, 2004.

2. The pleadings in this case did not close until the plaintiffs filed a responsive pleading to the defendant's amended counterclaim on August 19, 2005.

3. No trial date has been scheduled for this matter.

4. The plaintiffs had previously disclosed as an expert witness Darin R. Checchia of Adjusters International in Albany, New York.

5. The defendant took the deposition of Mr. Checchia as a fact witness only, choosing never to explore his expert opinions as disclosed.

6. The plaintiffs have determined that the geographic location of Mr. Checchia has impeded the plaintiff and counsel's ability to work as closely with Mr. Checchia as preferred, especially as a trial becomes more likely. This was not anticipated at the time of the original disclosure.

7. Mr. Ranciato's geographic location makes him more available to work closely with plaintiffs' counsel as needed for an expert witness in this complicated matter.

8. Mr. Ranciato use as an expert witness would be in lieu of Mr. Checchia.

9. Mr. Ranciato would be able to make himself available for deposition on reasonable notice by the defendants.

10. On September 26, 2005 the plaintiffs filed a notice of disclosure of expert witness for Mr. Ranciato on the defendant, forwarding his complete report with said disclosure.

11. The defendant in turn filed a motion to preclude on October 11, 2005 to which the plaintiffs file an objection on October 31, 2005

12. No prejudice would result on allowing this substitution of experts as the defendant's never deposed Mr. Checchia as an expert and no trial has yet been scheduled in this matter.

13. Prejudice would result to the plaintiffs if this substitution were not permitted.

14. A copy of Mr. Ranciato's report and resume are attached hereto has exhibits A & B.

Undersigned counsel faxed a request to defense counsel Heather Adams-Beman regarding the defendant's position on this motion. As of the time of filing, no response has been received.

.

THE PLAINTIFF,

BY_____
    Cheryl E. Heffernan
    Faver & Heffernan
    2842 Old Dixwell Avenue
    Hamden, Connecticut 06518
    Telephone: 203-288-8266
    Facsimile: 203-288-4702
    Fed Bar No.:CT 06473

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 12th day of December 2005, to:

Joel J. Rottner, Esq.
Heather Adams-Beman, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT  06134-0890

_____
Cheryl E. Heffernan

3