# EXHIBIT A

# Executive Adjustment Services, LLC

23 CANTERBURY DRIVE
DURHAM, CT 06422



PHONE/FAX (860) 349-8028   ~   Email – executive.service@snet.net   ~   Cell Phone (203) 410-4542

*Licensed Public Adjusters In CT & FL*

November 7, 2005                                   " Via Email to ceheff@aol.com "

Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT 06518

Re: Atias V. Patrons Mutual Insurance Co.

Dear Attorney Heffernan:

Pursuant to your request; please find a brief synopsis of my professional background.

**Former Commander of Detectives
Department of Police Services
City of New Haven
1964 – 1981**

Served with distinction within the Department of Police Services, receiving numerous commendations and citations for outstanding service. I was directly responsible for the command of the entire plainclothes section of the police services which included the Investigative Services Unit, The Youth Services Unit, The Identification Bureau(Forensics), The Intelligence Unit, The Arson Squad, and The Street Crime Unit.

Honored as Police Officer of the year – National Exchange Club

Developed and implemented innovative changes in methodologies for investigative techniques, some of which received international attention(Featured in the FBI's international publication) Former Governor and U.S. Senator Abraham A. Ribicoff personally read the merits of my program (FULCIRAN) into the Congressional Record.

Supervised what is commonly referred to as the Grand Jury Arson Probe in New Haven, which resulted in numerous indictments for Arson for Profit scams prevalent in Connecticut during the late 60's and early 70's.

Entered into a joint venture with former States Attorney Arnold Markle and John Jay College of Criminal Justice to conduct comprehensive seminar for training in the Investigation of Arson for Law

" We Make A Difference "

Enforcement and Fire Personnel. Acted as one of the main presenters at the seminar, sharing our experiences and investigative techniques with personnel from around the State.

Instrumental in establishing the first Police/Fire services teams in the City of New Haven and supervised them. Developed models which were used to secure grants from Insurance Carriers for personnel and equipment on the innovative Early Warning Detection Program for Arson Targets.

Co-authored Grant Application with The South Central Regional Criminal Justice Supervisory Board to secure $500,000.00 grant for the identification, processing and prosecution of Career Criminals in New Haven.

Testified numerous times in State and Federal Courts relative to criminal prosecutions of all types. The Most recent testimony was in 2002 on the highly publicized Penny Serra Murder case which occurred in 1973. Testimony involved particulars around the supervision and documentation for the collection of evidence and facts at the time of the crime. The State was able to secure a conviction on the basis of Forensic Evidence and testimony collectively presented by personnel under my direct command.

Also named by the South Central Connecticut Chiefs of Police Association as Chairman for the South Central Regional Intelligence Committee. Duties involved coordinating and chairing meetings on a monthly basis with Commanders of Detectives and others for the purpose of sharing information and developing strategies to combat crime.

Attended University of New Haven Criminal Justice program for continuing education. Attended three management schools, numerous continuing education seminars. Received specialized training in Homicide investigations in Cinncinati, OH.

Lectured in the New Haven Police Academy for varied subjects including Homicide Investigations, interviewing techniques, collection of evidence and Forensics.

**Public Adjuster**
**Licensed by the Insurance Department**
**State of Connecticut**
**1980 - Present**

Licensed in 1980 as a Public Adjuster. Passed the State required testing for Public Adjusters. Testing included Fire and Allied Lines, Policy knowledge and interpretation, as well as law & ethics. Since 1980; I have been a proactive consumer advocate, filing numerous complaints with the State of Connecticut Insurance Department on behalf of consumers.

Attended and successfully completed required State Mandated Insurance Adjusters course administered by University of Connecticut at their Hartford Campus on Woodland Street. Course ran for several months meeting two to three times per week. The course provided training for subject matter to be tested on by State of Connecticut.

Since licensure by the State of Connecticut; I have attended numerous seminars involving insurance related matters and insurance contracts. Included were seminars put on by the National Business Institute(NBI) which provided training and presentations by local attorneys on Insurance Law and

*" We Make A Difference "*

Coverage. The courses provide legal education to attorneys, accountants, human resources personnel and insurance professionals.

In 1999 I testified as an expert witness in the case of Jadwiga Karwowski V. Travelers, Docket No. CV-96-0471721S. I originally represented the Plaintiff in the adjustment of her claim several years before and submitted Proof of Loss claims on her behalf for approximately 1.25 Million dollars. The court case resulted in an award upholding my original claim and supporting the contentions offered in my expert testimony.

## Private Detective
### Licensed by the Connecticut State Police
### 1981 - 1991

Licensed for approximately ten years as a Private Detective. Conducted varied investigations ranging from suspected murder to Domestic problems and Workmen's Compensation Fraud.

## Consumer Advocate
### 1980 - Present

I routinely represent the interests of consumers as their appraiser on insurance claims. More often than not; these consumers are clients referred by attorneys, my peers or competitors for insurance claims which are in dispute.

I have also served in the capacity of a presenter on disputes brought before The American Arbitration Association for resolution.

I have also utilized the services of the Superior Court Alternate Dispute Resolution Program by submitting claimant cases and support materials for mediation, rather than have the issues in dispute linger in the court system.

I have appeared as a guest speaker for Civic groups such as the Kiwanis Club, Lions Club, Property Owners Associations, and other civic groups.

My Fee schedule for services in connection with this matter is $200.00 per hour.

Very truly yours,

Louis E. Ranciato – LLC Member
Licensed Public Adjuster
Executive Adjustment Services, LLC

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this message in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

*" We Make A Difference "*