FILED

2005 DEC 14 P 12: 07

US DISTRICT COURT
BRIDGEPORT. CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | DECEMBER 13, 2005 |

## DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT WITNESS, LOUIS E. RANCIATO

The defendant, Patrons Mutual Insurance Company of Connecticut, hereby objects to

the plaintiffs' Motion for Extension of Time to disclose an expert witness, Louis Ranciato.

The plaintiffs have previously disclosed Mr. Ranciato on September 26, 2005, to which the

defendant filed an Objection, dated October 11, 2005 (Motion # 106 on the Court Docket).

On November 3, 2005, the plaintiffs filed an objection to the same (Motion # 107).  As of the

date of this objection, the parties have not received a ruling regarding the above-referenced

motions.  The defendant stands by its October 11, 2005 objection with respect to the

plaintiffs' present motion.

**WHEREFORE**, the defendant continues to seek the preclusion of Mr. Ranciato's

testimony in the above matter.

SR/237830/hab

Law Offices of **SKELLEY ROTTNER P.C.** ☐ 433 So. Main St., W. Hartford, CT 06110 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
**Juris No. 58693**

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY

By _____

Heather J. Adams-Beman
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT  06134-0890
Tel. (860) 561-7077
Fax (860) 561-7088
Federal Bar No. ct24091

## CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on December 13, 2005, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518
*Tel. (203) 288-8266*

_____
Heather J. Adams-Beman

- 2 -