FILED

2005 DEC 21  P 12:05

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | DECEMBER 20, 2005 |

**JOINT REQUEST FOR EXTENSIOIN OF TIME TO FILE TRIAL MEMORANDUM**

Pursuant to an order issued by the Court, the Trial Memorandum in the above captioned matter is due on or before January 21, 2006. The parties have conferred, and the parties jointly request that the date for filing the Trial Memorandum be extended to February 21, 2006 for the following reasons:

1.  The matter is scheduled for a mediation before Magistrate Garfinkel on February 7, 2006.

2.  Therefore, the parties request that the date for the filing of the Trial memorandum be extended to February 21, 2006 in order that the parties not be required to incur the expense necessary to produce said memorandum if it will not be necessary.

3.	Both counsel for the defendant, Joel J. Rottner and Heather Adams-Beman, have been trying another matter before a jury in the Connecticut Superior Court since November 9, 2005 and said trial is not expected to be completed until the first week of January 2006 at the earliest.

This is the first request for an enlargement of time regarding the Trial Memorandum. The settlement conference is now scheduled to take place on February 7, 2006. Consequently, all parties hereby jointly request that the date for compliance be extended to February 21, 2006.

Respectfully submitted.

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY

By _____
Joel J. Rottner, Esq.
Skelley Rottner P.C.
433 South Main Street, Suite 305
West Hartford, Connecticut 06110
Tel. (860) 561-7077
Fax (860) 561-7088
Federal Bar No. ct05612

PLAINTIFFS

By _____
    Cheryl E. Heffernan, Esq.
    Farver & Heffernan
    2842 Old Dixwell Avenue
    Hamden, CT 06518
    Tel. (203) 288-8266
    Fax (203)288-4702
    Federal Bar No. ct 06473

## CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on December 20, 2005, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT 06518
*Tel. (203) 288-8266*

Joel J. Rottner

JJR:kcl
SR/237898