UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | JANUARY 11, 2006 |

### JOINT REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL MEMORANDUM

Pursuant to an order issued by the Court, the Pretrial Memorandum in the above-captioned matter is due on or before February 21, 2006. On December 28, 2005, the Court issued an order granting the plaintiffs' disclosure of Louis Ranciato as an expert in this matter and further has granted the defendant 60 days within which to depose Mr. Ranciato. Based on this ruling, the defendant requests that the date for filing the Pretrial Memorandum be extended an additional 45 days so as to allow the defendant 30 days from the date of the completion of Mr. Ranciato's deposition to disclose an expert should the defendant deem it necessary. The defendant sets forth the following in support of said motion:

1.	This matter is scheduled for mediation before Magistrate Garfinkel on February 7, 2006. Both parties are prepared to proceed on that date.

SR/238318/hab

Law Offices of SKELLEY ROTTNER P.C. ☐ 433 So. Main St., W. Hartford, CT 06110 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693

2. Both counsel for the defendant, Joel J. Rottner and Heather Adams-Beman, have been trying another matter before a jury in the Connecticut Superior Court since November 9, 2005. Said trial is ongoing and is not likely to conclude evidence prior to the end of the week of January 16, 2006.

3. Along with this motion, the defendant has requested dates for Mr. Ranciato's availability to appear at a deposition.

4. The defendant has reviewed the report prepared by Mr. Ranciato at the request of the plaintiffs in this matter; however, without the deposition it is unclear whether he is qualified to testify as to a number of the issues upon which he has rendered opinions. Furthermore, it is unclear presently to the defendant whether it will require the services of an expert to respond to opinions set forth by Mr. Ranciato.

This is the second request for an enlargement of time regarding the Pretrial Memorandum. The deadline for the filing of the Pretrial Memorandum is now February 21, 2006. For the foregoing reasons, all parties hereby jointly request that the deadline for the filing of the Pretrial Memorandum be extended 45 days until April 7, 2006.

Respectfully submitted,

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY

By _____
Heather J. Adams-Beman
Skelley Rottner P.C.
433 South Main Street, Suite 305
West Hartford, Connecticut 06110
    Tel. (860) 561-7077
    Fax (860) 561-7088
    Federal Bar No. ct24091


PLAINTIFFS

By _____
Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT 06518
    Tel. (203) 288-8266
    Fax (203)288-4702
    Federal Bar No. ct 06473

- 3 -

Law Offices of SKELLEY ROTTNER P.C. □ 433 So. Main St., W. Hartford, CT 06110 □ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693

CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on January 11, 2006, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT 06518
*Tel. (203) 288-8266*

_____
Heather J. Adams-Beman

- 4 -

Law Offices of SKELLEY ROTTNER P.C. □ 433 So. Main St., W. Hartford, CT 06110 □ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693