UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | FEBRUARY 6, 2006 |

### REQUEST FOR EXTENSION OF TRIAL CALENDAR CALL

The defendant in the above-referenced matter hereby requests that this matter, which is presently scheduled for the February 15, 2006 Trial Calendar Call hearing, be continued until after the April 2006 calendar call. This matter is presently scheduled for mediation before Magistrate Garfinkle on February 7, 2006. Further, the Court has granted the parties' joint request to extend the deadline for filing of the Joint Trial Brief until April 7, 2006. Further, the defendant has not yet completed the deposition of plaintiff's recently disclosed expert witness, Louis Ranciato. This matter is therefore not in the proper posture presently for the selection of a trial date. Pursuant to an order issued by the Court, the Pretrial Memorandum in the above-captioned matter is due on or before April 7, 2006.

**SR/239053/hab**

The defendant therefore requests that this matter be rescheduled for the first Trial Calendar Call after April 7, 2006.  A copy of said request has been provided to counsel for the plaintiff.

                        Respectfully submitted,

                        DEFENDANT, PATRONS MUTUAL
                           INSURANCE COMPANY

                        By_____/s/_____
                        Heather J. Adams-Beman
                        Skelley Rottner P.C.
                        433 South Main Street, Suite 305
                        West Hartford, Connecticut  06110
                            Tel. (860) 561-7077
                            Fax (860) 561-7088
                            Federal Bar No. ct24091

CERTIFICATION

      I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on February 6, 2006, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, CT  06518
*Tel. (203) 288-8266*

                                                /s/
                                    Heather J. Adams-Beman