## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS, ET AL | : | |
| | : | |
| v. | : | Civ. Action No. |
| | : | 3:03CV 1009 (SRU) |
| PATRONS MUTUAL INS. CO., ET AL. | : | |

## ORDER

A Trial Calendar Call is ordered in this matter for **April 28, 2006 at 4:00 p.m.**.  Counsel

for both parties are ordered to appear before Judge Stefan R. Underhill in Courtroom #1 at the

United States District Court, 915 Lafayette Blvd., Bridgeport, CT at that time.  Parties shall be

prepared to discuss the trial readiness and scheduling of this case for a final pre-trial conference,

jury selection, and trial.

Parties are to confer in advance and should be prepared to jointly provide the Court with the

following information:

1.  A list of dates between May 28, 2006, and October 28, 2006 when counsel
    and witnesses are unavailable for trial; and

2.  Issues raised in the pre-trial memorandum that need to be resolved in
    advance of trial, including further proceedings prior to trial, anticipated
    evidentiary problems at trial, and motions in limine.

If the parties believe that a settlement conference would be beneficial, they should request a

settlement conference by contacting Chambers on or before **March 1, 2006**.  Requests made after

this date may not be honored.  A request for a settlement conference, in the absence of further

order of the court, will not delay submission of the joint trial memorandum or the scheduling of

trial.

Upon receipt of this order, counsel are instructed to confer with opposing counsel and

confirm that all parties have notice of the <u>April 28, 2006</u> trial calendar call.

It is so ordered.

Dated at Bridgeport this 8th day of February 2006.

                                        /s/ Stefan R. Underhill
_____
                                        Stefan R. Underhill
                                        United States District Judge