UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS : | CIVIL ACTION NO. |
| : | 3:03 CV 01009 (SRU) |
| VS. : | |
| PATRONS MUTUAL INSURANCE : | |
| COMPANY OF CONNECTICUT : | APRIL 7, 2006 |

## DEFENDANT'S, PATRONS MUTUAL INSURANCE COMPANY OF CONNECTICUT, MOTION FOR PERMISSION TO AMEND ITS FIRST AFFIRMATIVE DEFENSE

The defendant requests permission to amend paragraph 2.(a)(3) of its First Affirmative Defense to conform to the evidence developed through the discovery in this matter by amending said paragraph to allege that the contractor had been paid less than $17,000 for the work performed. As originally alleged, said paragraph stated that the contractor had charged less than $15,000 for the work performed. As amended, said paragraph 2.(a)(3) of the First Affirmative Defense will read as follows:

> The plaintiffs presented a bill to the defendant from a contractor in an amount in excess of $100,000 for work allegedly performed by said contractor when the plaintiffs knew that the majority of the work referred to in said bill was not performed by said contractor and in that the plaintiffs had paid less than $17,000 to said contractor.

SR/240644/bsw

Said paragraph presently states as follows:

> The plaintiffs presented a bill to the defendant from a contractor in an amount in excess of $100,000 for work allegedly performed by said contractor when the plaintiffs knew that the majority of the work referred to in said bill was not performed by said contractor and in that the plaintiffs knew that the contractor had charged less than $15,000 for the work performed.

A proposed Amended Answer with Affirmative Defenses and Counterclaim is attached hereto.

Counsel for the defendant has consulted with counsel for the plaintiffs, and counsel for the plaintiffs has no objection to the granting of this amendment.

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY

By _____
Joel J. Rottner
Skelley Rottner P.C.
433 South Main Street, Suite 305
West Hartford, CT 06110
Tel. (860) 561-7077
Fax (860) 561-7088
Federal Bar No. ct05612

## CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on April 7, 2006, to the following counsel of record:

Attorney Cheryl E. Heffernan
Farver & Heffernan
2858 Old Dixwell Avenue
Hamden, CT 06518
*Tel. (203) 288-8266*

_____
Joel J. Rottner