# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |
| Defendant | : | APRIL 7, 2005 |

### MOTION IN LIMINE

The plaintiffs hereby move the Court to prohibit the defendant from inquiring of the plaintiffs, or any other witness, during testimony or from mentioning during opening or closing arguments whether the plaintiffs, or any of their business entities, filed income tax returns as such is irrelevant to the matter before the Court and, if relevant, its probability is greatly outweighed by the significant prejudice such will cause the plaintiffs before the jury.

In support of this Motion, the plaintiffs submit the attached Memorandum in Support.

THE PLAINTIFFS,

BY: _____
Cheryl E. Heffernan
Farver & Heffernan
2858 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile:  203-288-4702
Fed Bar No.: CT 06473

### CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 7th day of April 2006, to:

Heather Adams-Beman, Esq.
Joel Rottner, Esq.
Skelley Rottner P.C.
Corporate Center West, Suite 305

433 South Main Street
West Hartford, CT  06110

_____
Cheryl E. Heffernan