UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

1. Do you have any personal feelings about corporations that would prevent you from being a fair and impartial juror in a case where a corporation is a defendant?

2. Do you have any feelings about insurance companies which would make it difficult for you to be fair and impartial where an insurance company is a defendant?

3. Do you feel that just because an insured has made a claim for a fire loss under a fire policy of insurance, the insured is always entitled to be paid without knowing any more about the claim?

4. Without knowing anything about the substance of this case, would you hold it against Patrons Mutual Insurance in any way because Patrons Mutual has denied the Attias' insurance claim for the fire damage to their building?

5. Without knowing anything about the substance of this case, does the Patrons Mutual Insurance Company start out at a disadvantage in this matter because they have refused to pay their insureds' claim for a fire loss?

**SR/240389/hab**

6. A fire at one's premises is a traumatic event, and it would be natural to be sympathetic to the Attias' who have sustained such a loss. If you are selected as a juror in this matter, can you put aside any sympathy that you may have for the Attias' and judge this case solely on the evidence which is presented in the courtroom?

7. If the facts as you determine them and the law as I instruct you justify a conclusion that the insurance company was justified in denying the Attias' claim, can you send the Attias' away from this courtroom without awarding them any money in spite of the natural sympathy you might have for them?

```
     8.    Will you follow my instructions on the law even if you
disagree with them?
```

9.   If the Patrons Mutual Insurance Company does not have a representative in the courtroom other than Mr. Rottner or Ms. Adams-Beman during the course of the trial, would you in any way hold that against Patrons Mutual Insurance Company or would you allow that in any way to affect your judgment in this matter?

10.   Have you ever had an insurance claim which was either put in suit or in some way went to a form of dispute resolution in order for your claim to be resolved?

11.   If the answer to the preceding question is in the affirmative, is there anything that happened in that claim which would affect your ability to be fair and impartial in this matter?

12.   Has anyone ever made an insurance claim either for themselves or has any close family member made a homeowner's or fire insurance claim or automobile insurance claim?

13. If you have made a homeowner's or fire insurance claim or automobile insurance claim, was the claim resolved to your satisfaction?

14. If you have made a homeowner's or fire insurance claim or automobile insurance claim, is there anything about that claim that would affect your ability to be impartial in this matter?

15. Does anybody presently have any kind of a claim pending against an insurance company which is presently unresolved, including claims for health insurance, homeowner's insurance claims, whether for fire, theft or other losses; automobile insurance claims, whether for property or injuries, or any other claims where you may have been injured and you feel that the ultimate claim is against an insurance company?

**The defendant requests that the following questions be asked of any jurors who answered questions 10, 11, 12, 13, 14 and 15 in the affirmative outside the presence of the other jurors.**

    14.    a.    Please describe the nature of your claim.

           b.    Were you satisfied with your experience?

           c.    Did any problems occur during the processing of your claim?

           d.    Were you in any way disappointed or upset with the resolution of your claim?

           e.    Did anything occur during the processing of that claim, or can you think of anything with respect to that claim which would make it difficult for you to now be a fair and impartial juror in a case where the plaintiffs are making a claim against their insurance company?

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY


By_____
       Joel J. Rottner
       Skelley Rottner P.C.
       433 South Main Street, Suite 305
       West Hartford, CT  06110
       Tel. (860) 561-7077
       Fax (860) 561-7088
       Federal Bar No. ct05612