**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs : | |
| : | |
| PATRONS MUTUAL INSURANCE : | |
| COMPANY OF CONNECTICUT : | |
| Defendant : | APRIL 7, 2006 |

**PLAINTIFF'S PROPOSED JURY INTERROGATORIES**

1.  Do you, the jury, find that the defendant, Patrons, Mutual Insurance Company of Connecticut breached its contract of insurance with the plaintiffs Haim Attias and Joseph Attias:

    Yes._____          No _____


2.  Do you, the jury, find that the defendant, Patrons Mutual Insurance Company of Connecticut breached its duty of good faith and fair dealing with the plaintiffs, Haim Attias and Joseph Attias?

    Yes _____          No _____

3.   Do you, the jury, find that the defendant Patrons Mutual Insurance Company acted in Bad Faith in the investigation or denial of the plaintiffs Haim Attias and Joseph Attias' claim?

      Yes _____     No _____

4.   Do you, the jury, find that the defendant Patrons Mutual Insurance Company was unjustly enriched by its denial of the plaintiff Haim Attias and Joseph Attias' claim?

      Yes _____     No _____

5.   If responded YES to any of the Interrogatories numbered 1, 2, or 3, do you, the jury, find that the defendant proved by a preponderance of the evidence that the plaintiffs Haim Attias and Joseph Attias willfully made intentional misrepresentations of material facts during the course of the investigation of the subject fire loss claim?

      Yes _____     No _____

**If you answered YES to this interrogatory then proceed to interrogatory 9**

6.    If you, the jury, responded YES to any of Interrogatories numbered 1, 2 or 3, and NO to interrogatory number 5: Please set forth the damages you award the plaintiffs Haim Attias and Joseph Attias jointly;

Direct damages: _____

Incidental damages: _____

Consequential Damages: _____

Interest: _____

**Total Damages:** _____

7.    If you, the jury, answered yes to interrogatory number 4 please set forth the amount of damages you found the defendant was unjustly enriched: _____

8.    On the defendant's counterclaim, did you, the jury, find that the defendant canceled or rescinded the contract of insurance between the parties?

   Yes _____         No _____

   **If your answer to interrogatory number 8 is NO then skip interrogatory numbers 9 and 10.**

9.    If your answer to interrogatory number 8 is YES then: Did you, the jury, find that

the plaintiffs were unjustly enriched by the defendant's payment to the mortgagee Ameriquest Mortgage?

    Yes _____                      No _____

**If your answer to interrogatory number 9 is NO then skip interrogatory number 10.**

10.    If you answer to interrogatory number 9 is YES then: What damages, if any, do you find for the defendant? _____

Dated: _____

Signed:    _____
                  Foreperson

Print Name: _____

THE PLAINTIFFS,

BY: _____
Cheryl E. Heffernan
Farver & Heffernan
2858 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-230-2500
Facsimile: 203-288-4702
Fed Bar No.: CT 06473