UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | |
| COMPANY OF CONNECTICUT | : | |

**DEFENDANT'S, PATRONS MUTUAL INSURANCE COMPANY,
PROPOSED JURY INTERROGATORIES**

1) Do you find that the plaintiffs have made material misrepresentations as to the extent of the repairs and/or renovations made to the insured premises subsequent to its purchase in August 2002 and prior to the fire on November 13, 2002 in one or more of the following ways:

    (a) The plaintiffs misrepresented that they had paid between $65,000 and $75,000 for work performed by all contractors who performed work on the house.

        Yes_____     No_____

    (b) The plaintiffs misrepresented that they had paid $8,000 to a contractor, Sebastian Lentini, when in fact they had paid only $5,000.

        Yes_____     No_____

    (c) The plaintiffs presented a bill to the defendant from Dura Tola in an amount in excess of $100,000 for work allegedly performed by said contractor when the plaintiff knew that the majority of the work referred to in said bill was not performed by Dura Tola and the plaintiffs knew that they had paid less than $17,000 to said contractor.

        Yes_____     No_____

    (d) The plaintiffs misrepresented that on the date of the fire the building was ready for occupancy and in

**SR/240431/hab**

support thereof provided a document purporting to be a Certificate of Occupancy from the City of Hartford Inspections Departme

- 3 -

nt representing the building to be ready for occupancy when the plaintiffs knew that the document was false.

    Yes_____            No_____

(e)    The plaintiffs misrepresented the extent of the completion of the renovation to the insured premises and the condition of the property on
    the date of loss in that they presented to the defendant a real estate appraisal obtained for the purpose of financing the premises with knowledge that said real estate appraisal contained representations that the premises contained improvements including but not limited to "new kitchens, baths, flooring, interior – exterior paint, windows, electrical and heating…" and in that said appraisal represented that "no significant repairs required" with knowledge

- 4 -

       that on the date of said appraisal said representations were false.

       Yes_____               No_____

_____                    _____
Date                                                    Foreperson

N.B.  The foreperson must sign in ink and print name below signature.

DEFENDANT, PATRONS MUTUAL INSURANCE COMPANY

By_____
    Joel J. Rottner
    Skelley Rottner P.C.
    433 South Main Street, Suite 305
    West Hartford, Connecticut  06110
    Tel. (860) 561-7077
    Fax (860) 561-7088
    Federal Bar No. ct05612