UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 01009 (SRU) |
| VS. | : | |
| | : | |
| PATRONS MUTUAL INSURANCE | : | APRIL 13, 2006 |
| COMPANY OF CONNECTICUT | : | |

**DEFENDANT'S AMENDED REQUEST TO CHARGE**

The defendant, Patrons Mutual Insurance Company, hereby amends its Request to Charge VII. "DAMAGES – FAIR RENTAL VALUE" by the addition of case law in support of said request.

**VII.    DAMAGES – FAIR RENTAL VALUE**

1.      The plaintiffs have claimed as part of their damages the income they would have received as the fair rental value of the insured premises but for the fire. In this regard, the policy of insurance provides as follows:

> Coverage D – Additional Living Expenses and Fair Rental Value
>
> We pay for the fair rental value if the part of the insured premises rented or held for rental to others is made unfit for use by an insured loss.

SR/240881/jjr

In order for the plaintiffs to recover pursuant to this portion of the policy of insurance, you must find that a portion of the plaintiffs' premises were either being rented or held for rental at the time of the fire, in which case you may award the fair rental value for that portion of the premises.  You will recall the testimony that the property was unoccupied at the time the fire occurred and that the plaintiffs had a meeting with John Oliveri, a realtor, to discuss listing the property for sale on the day the fire occurred.  If you find that the premises were neither rented nor being held for rental, then you cannot award fair rental value.

DeCrescenzo v. Capital Mutual Insurance Co., 187 A.2d 793, 589 NYS2d 669 (3d Dept. 1992), wherein the New York Appellate Court held that lost rental income only applied when the rental dwelling had tenants and did not apply when it was vacant and unoccupied; see also Steiner v. Middlesex Mutual Assurance Co., 44 Conn. App. 415 (1997), which stands for the proposition that insurance is a contract of indemnity and the insured cannot profit from a loss.

DEFENDANT, PATRONS MUTUAL
INSURANCE COMPANY


By_____/s/_____
        Joel J. Rottner
        Skelley Rottner P.C.
        433 South Main Street, Suite 305
        West Hartford, CT  06110
        Tel. (860) 561-7077
        Fax (860) 561-7088
        Federal Bar No. ct05612


## CERTIFICATION

    I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on April 13, 2006, to the following counsel of record:

    Attorney Cheryl E. Heffernan
    Farver & Heffernan
    2858 Old Dixwell Avenue
    Hamden, CT  06518
    *Tel. (203) 288-8266*


_____/s/_____
Joel J. Rottner