UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


| | | |
|---|---|---|
| JOSEPH ATTIAS, ET AL | : | |
| | : | |
| v. | : | 3:03cv1009 (SRU) |
| | : | |
| PATRONS MUTUAL INS. CO. OF CT | : | |

**SCHEDULING ORDER**

As discussed during the telephone conference held on April 28, 2006, this case shall proceed as follows:

1. Jury Selection shall be held on **September 15, 2006 at 9:00 a.m.**

2. Trial shall begin on **September 25, 2006 at 9:00 a.m.**


It is so ordered.

Dated at Bridgeport this 3rd day of May 2006.


                                                    /s/ Stefan R. Underhill
                                                  Stefan R. Underhill
                                                  United States District Judge