UNITED STATES DISTRICT COURT
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOSEPH ATTIAS & HAIM ATTIAS | : | CIVIL NO. 3:03 CV 01009 (SRU) |
| Plaintiffs | : | |
| | : | |
| PATRONS MUTUAL INSURANCE COMPANY OF CONNECTICUT | : : | |
| Defendant | : | AUGUST __, 2005 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)ii, the Plaintiffs, Joseph Attias and Haim Attias, and the Defendant, Patrons Mutual Insurance Company of Connecticut, hereby request the entry of dismissal of this action with prejudice as to all claims and counterclaims without costs as to any party.

THE PLAINTIFFS,

BY: _____/S/_____
Cheryl E. Heffernan, Fed Bar #: ct06473
Farver & Heffernan
2858 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266

THE DEFENDANTS,

BY: _____/S/_____
Joel Rottner, Esq.  Fed. Bar # ct05612
Skelley Rottner P.C.
Corporate Center West, Suite 305
433 South Main Street
West Hartford, CT  06110
(860) 561-7077